# EXHIBIT 8

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564
Holland & Knight LLP | www.hklaw.com

March 5, 2021

THOMAS W. BROOKE
Telephone:  (202) 663-7271
Facsimile:  (202) 955-5564
Internet: thomas.brooke@hklaw.com

Mr. Russell Vought
The Center for American Restoration
American Restoration Action
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware  19801

      Re:    Use of the name **RESTORATION**
             Our Ref.: 159267/1

Dear Mr. Vought:

    This firm is counsel to **RESTORATION ACTION**, a 501(c)(4) Delaware Non- Profit Corporation and **RESTORATION PAC**, an independent expenditure only political action committee (commonly referred to as a "Super PAC") registered with the Federal Election Commission.  **RESTORATION PAC** is commonly known to be one of the top-spending Super PACs in the nation in recent election cycles.  **RESTORATION PAC** is a non-partisan political action committee that sponsors political activities advocating for policy changes and/or the election or defeat of candidates and **RESTORATION ACTION**, is a nonprofit social welfare organization that advocates in favor of conservative policy positions.

    As such, **RESTORATION ACTION** and **RESTORATION PAC** have developed trademark rights in the name and mark **RESTORATION**.  Those interested in political activities and public affairs have come to understand that the name **RESTORATION** is strongly associated with **RESTORATION PAC** and **RESTORATION ACTION**.

    Because of our client's desire to protect its name and reputation, it filed for and registered both names, **RESTORATION PAC** and **RESTORATION ACTION**, as service marks at the United States Patent and Trademark Office.  These Registrations, Reg. NO. 5,779,207 **RESTORATION PAC** and Reg. No. 5,696,980 **RESTORATION ACTION** are valid and subsisting.

Mr. Russell Vought
March 5, 2021
Page 2

      Under the Federal Trademark Statute 15 U.S.C. § 1051 et seq., and similar state statutes, the owner of a distinctive name, mark, logo or slogan may bar others from using this same or similar name in connection with the same or similar activities.  Registration gives the owner additional rights under the Statute.  While our client appreciates the activities and philosophy of The Center for American Restoration and American Restoration Action, use of these names are likely to cause confusion in the political and social welfare fields as those interested in political and/or social welfare activities are likely to assume a connection between your new organizations and the long established and well-known **RESTORATION PAC** and **RESTORATION ACTION**.

      For this reason, we must respectfully request that you cease all use of the names The Center for American Restoration and American Restoration Action. We want to avoid confusion as each entity works to advance its goals.

      We look forward to hearing from you within the next ten (10) business days.

      Sincerely,

      HOLLAND & KNIGHT LLP

      Thomas W. Brooke

/nac

Cc: David Langdon, Esq.

2

#58896007_v1