# EXHIBIT 2

screenshot-www.restorationofamerica.com-2021.04.06-23_01_59
https://www.restorationofamerica.com/
06.04.2021










PAID FOR BY RESTORATION PAC (WWW.RESTORATIONPAC.COM) AND RESTORATION ACTION (WWW.RESTORATIONACTION.COM). NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE

 

Privacy Policy