# EXHIBIT 3

ELECTIONS

# Never Again!

A 10-point plan to fix America's shameful voting system.



Nobody quite knows what is going to happen with President Trump's challenges to the 2020 election, but one thing is certain —America should not conduct another national election without massive reforms.

In short, we just watched a Third World-style election within the borders of the greatest country in the history of the world. People voting for weeks, mail-out and mail-in ballots flying everywhere—on trucks across states lines, through post offices populated with partisans, into drop boxes monitored by no one, onto election machines with shadowy ownership where vote tallies apparently were shipped overseas and where states took days to count ballots while others counted them in hours.

The vast majority of Republicans believe massive cheating occurred and so do nearly half of *Democrats*. Even the corrupt liberal media's refusal to cover the fraud can't completely hide it.

We are not going to fully trace the lineage that got us where we are today except to say Democrats have scratched and clawed for change after change to erode election security over the course of several decades while Republicans have been frozen in fear refusing to oppose them.

We can work out the details but the principles remain. Citizens of every state in America should have an opportunity to vote on the following reforms and starting now our organization will fight to make sure they do:

1) *With limited exceptions, Election Day is Election Day.* No more voting for a month.

2) *To make it equally accessible for everybody, Election Day will be a national holiday.* Nobody will be denied a chance to vote.

3) *Photographic voter ID will be required without exception.* There is no valid argument against this important safeguard. In addition, all ballots must be signed and fingerprinted.

4) *No more absentee ballots, except for military personnel or for voters who are medically impaired.*

5) *Early voting should be eliminated or sharply curtailed to just the weekend before the election.*

6) *All votes must be counted by Election Day.* No more phantom ballots showing up hours or weeks later.

7) *Paper ballots should be the norm*tabulated on machines unconnected to the internet.

8) *No more same-day registrations.* All voter registration rolls must be finalized before the election.

9) *All voter records, including on Election Day, must be available online in as close to real time as possible so everyone can know what is going on.* Election Day counting should be video recorded.

10) *All election vendors should be American companies.* No voter information should ever leave the country.

Conservatives across America should make this Restore American Elections Act their number one priority in 2021, no matter what happens between now and January 20. Yes, Democrats seized on COVID-19 to rig the rules of the 2020 election and Republicans need to un-rig them now while the nation's attention has been heightened.

We live in Illinois and even those Chicago Democrats who have been cheating for years must have been stunned and secretly impressed by the brazen fraud highlighted at post-election hearings in Georgia, Arizona, Pennsylvania, and Michigan.

America is the greatest country in the world but we cannot continue claiming that distinction until we fix our broken voting system.

Share on  🐦  f  P

## About Doug Truax

Doug Truax is founder and president of Restoration PAC/Restoration Action, a West Point graduate, successful entrepreneur and a former U.S. Senate candidate from Illinois.

🖋 Archive

 *Photo: Fanatic Studio/Gary Waters/Getty Images*

## Support Free & Independent Journalism

Your support helps protect our independence so that American Greatness can keep delivering top-quality, independent journalism that's free to everyone. Every contribution, however big or small, helps secure our future. If you can, please consider a recurring monthly donation.

Donate

## Want news updates?

Sign up for our newsletter to stay up to date.

Enter your email                    Subscribe



**These Twins Were Named "Most Beautiful in the World", Wait Until You See Them**

Comments are closed.

Privacy Policy     Terms of Service

©2013 – 2021 American Greatness. All rights reserved.

America's Talking is a registered trademark of Braveheart Media Holdings LLC. All rights reserved.

**The Washington Post**

*Democracy Dies in Darkness*

# Joe Biden's worst-ever campaign moment, revisited

By **Glenn Kessler**

July 27, 2020 at 3:00 a.m. EDT

*"I think I have a much higher IQ than you, I suspect."*

**— Joe Biden, running for president, April 7, 1987**

Many readers in Wisconsin have contacted The Fact Checker asking about an ad by a pro-GOP group known as Restoration PAC. The group announced it would spend about $2 million to air it in all media markets in the state.

The question from readers is: Did this really happen?

Well, the best attack ads rely on a rival candidate's own words. And Biden really said this stuff.

## The Facts

Biden's first run for the presidency more than three decades ago exploded in a controversy over plagiarism. Without credit, Biden's stump speech included lines lifted from a speech given by Neil Kinnock, then leader of the British Labour Party. An operative in a rival campaign — that of then-Gov. Michael Dukakis of Massachusetts, who eventually won the Democratic nomination — gave to the media a tape comparing Biden's speech and Kinnock's speech.

Biden tried to hang on, but then reporters discovered he had flunked a class in a law school for submitting a paper that borrowed heavily from another law review article without proper citation. The coup de grace came when Newsweek reported that Biden had made false or exaggerated claims about his law school record during a discussion months earlier with voters in New Hampshire, which had been captured by C-SPAN.

The Newsweek article had an impressive quadruple byline of Mickey Kaus, Eleanor Clift, Howard Fineman and John P. McCormick. The magazine distributed its report to other outlets before publication — something that was done in the pre-Internet era. Thus, even though the official date of the Newsweek issue is Sept. 28, 1987, Biden was already out of the race by then. He withdrew on Sept. 23, citing "the exaggerated shadow" of his mistakes.

It all started when, after about 40 minutes of an almost-continuous Biden monologue at an April event, Frank Fahey, a Claremont, N.H., teacher, asked Biden: "What law school did you attend and where did you place in that class?"

Here's Biden full answer:

*"I think I have a much higher IQ than you, I suspect. I went to law school on a full academic scholarship — the only one in my class to have full academic scholarship. The first year in law school, I decided I didn't want to be in law school and ended up in the bottom two-thirds of my class. And then decided I wanted to stay and went back to law school and, in fact, ended up in the top half of my class. I won the international moot court competition. I was the outstanding student in the political science department at the end of my year. I graduated with three degrees from undergraduate school and 165 credits; you only needed 123 credits. I would be delighted to sit down and compare my IQ to yours, Frank."*

🅦 **NEWSLETTER** | EVERY WEEKDAY

A 5-minute breakdown to track a new president  **Sign Up** →

✕

- He did not win the award given to the outstanding political science student at his undergraduate college, the University of Delaware.

- He didn't graduate from Delaware with "three degrees," but with a single B.A. in political science and history.

Talk about Four Pinocchios!

The Restoration PAC ad simply takes a clipped version of Biden's remarks — leaving out, for instance, his admission he did not do well in his first year — and overlays the audio so the focus is on Biden. (C-SPAN mostly kept the camera on Fahey.) Then, it shows damaging news reports on the incident, including Biden's admission that "his memory had failed him." The ad concludes with the tagline: "Joe Biden. Unsuited then. Unsuited now."

A great book on the 1988 presidential race, Richard Ben Cramer's "What It Takes," recounts how Biden in law school never wanted to be a grind and spent most of his time in the student lounge, gabbing. He barely made the cut after the first year, when Syracuse kicked out the bottom-third of the class. Biden after the first year ranked 80th — and only the top 88 were permitted to go on to the second year. We're not sure how Biden could have forgotten that.

Still, with its focus on the 1987 incident, the ad leaves out some contemporary context: Years later, Fahey now is a Biden supporter.

Fahey told WMUR in 2019 that Biden had apologized for his comments when they met again in 2008, during Biden's second run for the presidency. "He said, 'You're Frank Fahey,' and he knew right off and he said, 'I want to apologize.' He said, 'I was way out of line that day,'" Fahey recalled, adding: "I like his honesty."

The Biden campaign declined to comment.

## The Pinocchio Test

The incident in question took place 33 years ago — and Biden was talking about his record in law school 23 years earlier. Voters may find that fibs about events that took place more than a half-century ago may not be especially relevant, especially when Biden is running against a man who has his own problems telling the truth. The ad, for understandable reasons, does not include the fact that the man Biden insulted is now a supporter. Some voters may find that relevant.

But everything happened in the ad as described. The editing of the clip leaves in place the essence of Biden's remarks and does not manipulate it in a misleading way. So Restoration PAC does not earn any Pinocchios.

(About our rating scale)

**Send us facts to check by filling out this form**

**Sign up for The Fact Checker weekly newsletter**

**The Fact Checker is a verified signatory to the International Fact-Checking Network code of principles**

NEWSLETTER | EVERY WEEKDAY

A 5-minute breakdown to track a new president   Sign Up →

By using this site, you agree to our **Privacy Policy** and our **Terms of Use**.

Watch TV

**POLITICS** · **Published** February 14, 2018

# This GOP millionaire is ramping up donations

By **Brian Schwartz** | **FOXBusiness**

Longtime businessman Richard Uihlein has been part of the Republican donor class for over a decade, but he's never reached his 2018 election cycle heights as he's become the top campaign contributor in the early stages of the congressional midterm elections, FOX Business has learned.

Co-founder of Uline Inc., a shipping and packaging material distributor headquartered in Wisconsin, Uihlein and his wife Elizabeth have combined to give over $15 million to Republican causes in 2017, surpassing the usual heavy-hitter donors such as former CEO of Renaissance Technologies Robert Mercer and Bernard Marcus, a co-founder of Home Depot (NYSE:HD), according to the Center for Responsive Politics.

Uihlein made a controversial contribution that summer when he put forward the first of two $50,000 payments to the Proven Conservative PAC, a political action committee supporting then-Alabama U.S. Senate candidate Roy Moore, who at the time was accused by multiple women of sexual assault. Since then, Uihlein's cash has made its way into the hands of a mix of Republican campaigns while a bulk of his spending has gone toward super PACs with links to the conservative wing of the GOP.

The PAC that's received the most attention from Uihlein is the Restoration PAC, a group that's taken in over $2 million from the Illinois businessman. The PAC itself is run by Doug Truax, a former Senate candidate in Illinois, with a mission statement that calls for its supporters to follow their "Blueprint for the Restoration of America," according to its website. The blueprint is focused on a number of right-

wing causes including "aggressively kill Islamic terrorists anywhere in the world, eliminate the Department of Education," and "reduce every federal tax by 25%."

Another one of his top PACs is the Americas PAC, dedicated to helping conservatives get elected with a focus on publishing ads aimed at reeling in African-American and Hispanic voters. So far during the 2018 election cycle, he's given over $1.4 million to the PAC and with his help the organization has surpassed record fundraising figures this year, raising over $3 million.

Uihlein did not return a request for comment.

The reason for his uptick in fundraising remains unclear, but it could have something to do with a concern that Republicans may be on the verge of losing a record number of seats within the House of Representatives.

As Congress's approval numbers continue to dwindle, 38 House Republicans are either retiring, resigning or running for another office compared to 18 Democrats from the same chamber.

"People with money who like Republicans are going to have to write checks because it appears the Republicans are going to struggle to the finish line," Democratic political strategist Hank Sheinkopf told FOX Business. "If they like what they got, they have to pony up the bucks."

According to the latest Quinnipiac poll, Congress has a 15% approval rating, and 51% of voters said they look at Republicans unfavorably while 47% said the same about Democrats. Still, in that same poll, Democrats are favored by 49% of the voters as their preferred party to win control of the House.

The good news for the GOP is the Republican National Committee has a financial edge over its opponents going into the 2018 midterms. The RNC raised $122 million in 2017 compared to the Democratic National Committee, which brought in $64 million in the same year.

Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX News Network, LLC. All rights reserved. FAQ - Updated Privacy Policy

SUBSCRIBE >

Search

**U.S.**

**World**

**Business**

**Tech & Science**

**Culture**

**Newsgeek**

**Sports**

**Health**

**The Debate**

**Experts**

**Vantage**

NEWS

# Biden Leads Trump by Double Digits in Battleground States Michigan and Wisconsin: Poll

BY **JOCELYN GRZESZCZAK** ON 8/5/20 AT 10:15 AM EDT

SUBSCRIBE >



NEWS     DONALD TRUMP     JOE BIDEN     2020 ELECTION     POLLS

**P**resumptive Democratic nominee Joe Biden is leading President Donald Trump by double digits in two key battleground states, according to new polls.

Restoration PAC conducted a poll of 600 likely voters from July 13 to 27 in Wisconsin and Michigan, two crucial swing states that Trump unexpectedly won in 2016.

The polls show Biden ahead of Trump by 11 percentage points in Michigan, as 51.3 percent of likely voters said they would vote for the former vice president, compared with 40.3 percent who said they'd vote for Trump. In Wisconsin, Biden is leading the president by 12.4 points, with 50.3 percent saying they would vote for Biden and 37.9 percent answering they'd prefer Trump.

The majority of voters polled in Pennsylvania, another important election state that Trump won in 2016, also chose Biden over the president, with 49.7 percent saying they'd vote for Biden, compared with 44.3 percent who said Trump.

**NEWSWEEK NEWSLETTER SIGN-UP >**

SUBSCRIBE >

to Restoration PAC. In both Michigan and Wisconsin, 54.3 percent of voters had selected Biden over Trump in June. In Pennsylvania, Biden's nearly 12-point lead in June dropped to around 5 percentage points in July.



President Donald Trump leaves a news conference on August 4. A recent poll from July showed Trump trailing presumptive Democratic nominee Joe Biden by double digits in Wisconsin and Michigan, two key battleground states.

DREW ANGERER/GETTY

SUBSCRIBE ›

three states, Florida, North Carolina and Arizona round out the list of 2020's battleground states. Under the Electoral College system, Biden needs to win only three of these six key states to gain more electoral votes than Trump, which would give him the presidency no matter how many popular votes each candidate receives.

If Biden flips Wisconsin, Michigan and Pennsylvania and also maintains the blue states won by Hillary Clinton in 2016, he would secure 278 electoral votes, compared with the 260 won by Trump. Based on the recent polling data from Restoration PAC, this scenario seems very plausible.

**NEWSWEEK SUBSCRIPTION OFFERS ›**

National polls also show Trump trailing Biden by several percentage points. A Morning Consult poll conducted from July 31 to August 2 with 11,568 likely voters showed 51 percent saying they'd vote for Biden, compared with 42 percent who said they'd vote for Trump.

Trump's sinking poll numbers continue as his administration attempts to deal with fallout from the coronavirus pandemic, a worsening economy and social unrest. And while Trump hasn't publicly acknowledged the unfavorable statistics on his chances of winning in November, he did recently float the idea of delaying the election.

"With Universal Mail-In Voting (not Absentee Voting, which is good), 2020 will be the most INACCURATE & FRAUDULENT Election in history. It will be a great embarrassment to the USA. Delay the Election until people can properly, securely and safely vote???," Trump tweeted Thursday, prompting backlash across party lines.

The president seems to have focused his efforts on criticizing the national push for universal mail-in voting, an option many Americans will use to minimize potential exposure to coronavirus.

READ MORE

- Most Americans Support Trump Closing U.S. Border and Banning Asylum Seekers
- Trump Sues Nevada Over Law That Expands Voting by Mail
- White House: 2nd Lockdown Would Harm More Than Help, as COVID Cases Spike
- How Arizona Latinos Could Turn It Blue For First Time Since Clinton in '96

SECTIONS

**$1 FOR 3 MONTHS**
Limited time only

LOG IN

LEARN MORE ABOUT SUBSCRIPTIONS



Daily Herald executive dies saving kids in Florida rip current: 'We need more...



Coronavirus in Illinois updates: Mass vaccination sites coming to Wrigley...

Chicago-based marijuana giant part of federal pay-to-play investigation



>

ADVERTISEMENT

MIDWEST

# Trump campaign goes quiet on Michigan airwaves

By **SHANE GOLDMACHER AND KATHLEEN GRAY**
THE NEW YORK TIMES   |   JUL 29, 2020

  



Attendees listen to President Donald Trump speak at Dana Incorporated in Warren, Mich., on Jan. 30, 2020. President Trump's campaign has quietly receded from the television airwaves in Michigan in recent weeks. (Erin Schaff/The New York Times)

President Donald Trump's campaign has quietly receded from the television airwaves in Michigan in recent weeks, shifting money elsewhere as one of the key Midwestern states that powered his surprise victory in 2016 threatens to move more firmly back into the Democratic column in 2020.

Michigan began the year with expectations that it would be one of the most intense battlegrounds in the country, but its share of Trump television advertising dollars dwindled this summer as former Vice President Joe Biden built a steady advantage in the polls.

ADVERTISEMENT

Advertisement



FEEDBACK

Since the end of June, Trump has spent more money on ads in 10 other states — with Michigan falling behind even much smaller states like Iowa and Nevada — and in recent days, Trump's campaign stopped buying ads in Michigan entirely.

The Biden campaign has more than tripled what Trump spent on television in Michigan in the last month, by far the most lopsided advantage of any swing state where both are advertising. And in

Detroit, the state's largest media market, the Trump campaign last ran a television ad, outside of national ad buys that include the state, on July 3, according to data from Advertising Analytics.

Trump faces a trifecta of troubles in Michigan, according to political strategists and state polling: reduced support among less educated white voters in a contest against Biden compared with Hillary Clinton; motivated Black voters in the state's urban centers; and suburban voters who continue to flee Trump's divisive brand of politics.

"Of all the states he won in 2016, Trump would be most hard-pressed to keep Michigan in his column this time around," said Geoff Garin, a Democratic pollster for Priorities USA, a Democratic super PAC.

ADVERTISEMENT



FEEDBACK

There are uniquely local factors hampering the president, too: Trump's unprovoked and unfulfilled threat this spring to "hold up funding" to the state because election officials planned to send absentee ballot applications to voters, as well as his loud sparring with Michigan's Democratic governor, Gretchen Whitmer, over her response to the coronavirus pandemic. Voters now consistently rate her performance on the issue positively and his unfavorably.

"The clearest reason why the president is reeling in Michigan is because of his failed coronavirus response," said Garlin Gilchrist, the state's Democratic lieutenant governor.

Trump's campaign has downplayed any talk of retreat. Republicans are unlikely to jump ship so early on a state worth 16 Electoral College votes, and they are still organizing in Michigan. The campaign continues to deploy door-knocking volunteers during the pandemic, dispatch top

administration officials (including the attorney general and the secretary of energy this month) and advertise digitally on Facebook.

But the reality is that Trump has far more pathways to 270 electoral votes without Michigan than Biden does. The Trump campaign has been redirecting money to defend other, more conservative states that he won in 2016, like Ohio and Georgia, and to try to find new Democratic states to flip, such as Nevada and Minnesota.

Michigan Democrats are uneasy about the notion that they are ahead after Clinton's narrow and devastating loss. "If nothing else, 2016 has made it very clear to a lot of Democrats that you don't want to put too much stock in anything other than what happens on Election Day," said Brandon Dillon, who was the Michigan Democratic Party's chairman four years ago.

"The biggest danger for us is to be overconfident," added Rep. Debbie Dingell, a Michigan Democrat whose frequent warnings have earned her the "Debbie Downer" nickname.

Until this week, Trump's outside allies had not been filling the Michigan advertising breach. But on Wednesday, a group called Restoration PAC, funded by Republican megadonor Richard Uihlein, will begin a $2.5 million, two-week Michigan ad buy. The group's polling showed Trump trailing Biden 54% to 37% in June, double the gap the president faced in March. Dan Curry, a Restoration PAC spokesman, said more recent private polls indicated that the contest was "tightening."

America First Action, the leading pro-Trump super PAC, cut Michigan from its ad buy in early July, swapping in Arizona and North Carolina instead. Including super PACs, Democrats spent $5.3 million in television ads in the state from June 30 through Tuesday, compared with less than $1 million for Republicans.

Bradley Beychok, the president of American Bridge, a Democratic super PAC that has made Michigan a major focus, argued that the ad-spending disparity was a sign that "Trump is conceding part of the battleground." If it holds, he said, "this is a big, seismic event."

In a call last week with reporters, Trump's new campaign manager, Bill Stepien, dismissed **current polls that show** Trump losing in Michigan and nationally, noting that the president trailed badly throughout much of the summer of 2016 and into the fall before winning the White House anyway.

**FEEDBACK**

ADVERTISEMENT

"These are states the experts did not see coming four years ago," Stepien said of Michigan, Wisconsin and Pennsylvania, which all flipped to the GOP despite surveys showing Clinton ahead. "We intend to protect this 2016 map," he added.

FEEDBACK

FEEDBACK

Donald Trump and Hillary Clinton on stage during a presidential debate in October 2016, at Washington University in St. Louis. (Christian Gooden/St. Louis Post-Dispatch)

Trump's campaign still has $11.4 million in television ads reserved in Michigan starting in September, and the head of the Republican National Committee, Ronna McDaniel, is said to be particularly invested in the state as a former state party chair who had argued Trump had a chance there in 2016.

But ad reservations are not necessarily strong predictors of future priorities; campaigns are not financially penalized for canceling or adjusting reservations closer to their air dates.

"This is a state-by-state fistfight," said John Sellek, a Lansing-based Republican political consultant. "The Trump campaign may have decided that they need to shore up their base states

like Ohio and Georgia. There will be on-and-off skirmishes in the blue wall states, but for now, it looks like some of the fights we'll see are in the Republican base states."

After Trump carried Michigan in 2016 by only 10,704 votes, Democrats struck back decisively in 2018, flipping three statewide offices from Republican to Democrat, as well as two suburban Detroit congressional seats and five seats each in the state House of Representatives and state Senate. At the top of the ticket, Whitmer won the governorship by more than 400,000 votes.

"Particularly women in the suburbs broke in a big way for us Democrats," said Gilchrist, who was elected with Whitmer, "and I think the Biden campaign is running an effort to continue to build on that momentum."

Then there are Trump's self-inflicted political wounds in the state, none more public than his insults of Whitmer as she locked down the state after the virus began spreading in March, calling her "half Whitmer" and "the woman in Michigan."

Whitmer was one of **a series of Michigan women** whom the president has belittled: the attorney general, the secretary of state, the chief executive of General Motors and two members of Congress.

ADVERTISEMENT

FEEDBACK

"I don't know any other state where he's gone after as many women," Dingell said. Trump also mocked her late husband, former Rep. John Dingell, at a rally last year, **suggesting he had gone to hell** and was "looking up."

ADVERTISEMENT

Three state polls last week showed Biden winning female voters by wide margins, from 15 to 29 percentage points, and ahead in the state overall by 6 to 12 points.

Biden is seen as a stronger candidate in Michigan than Clinton was, especially after he **swept all 83 counties** in the Democratic primary race against Sen. Bernie Sanders of Vermont. Four years earlier, Sanders carried 73 counties against Clinton, and some of his strongest areas were rural and white regions that would go on to vote overwhelmingly for Trump in the fall.

Trump carried non-college-educated white voters in Michigan by more than 30 percentage points, according to 2016 general election exit polling. Last week, separate CNN and Fox News polls of the state showed that Trump's lead among that group had shrunk to only 10 points.

"Hillary Clinton was toxic to non-college-educated white working-class voters, particularly men," said Adrian Hemond, a Michigan-based Democratic strategist. "They don't have the same attitude with Joe Biden."

In the state's largely rural Upper Peninsula, Trump swept all but one of 15 counties. And while the president is expected to carry the region again, many predict it will be by lower margins.

Rod Nelson, a retired chief executive of the Mackinac Straits Health System hospital in St. Ignace, on the eastern end of the Upper Peninsula, is one of those who voted for Trump but has been turned off by the president's attitude and leadership.

"I was privately hoping he would get in there and do the things he said he was going to do, but I was bothered by what he said about John McCain," Nelson said.

"And that Cabinet meeting where they all had to go around and praise him really turned it for me," he added. "I don't believe in a dictator or a king. I want a president who knows how to lead."

He plans to cast a ballot for Biden in November.

"I just don't see how he can win Michigan," Nelson said of the president. "I think there was a real anti-Hillary sentiment in 2016. It was a perfect storm for him to win."

*c.2020 The New York Times Company*

---

# If You Can Qualify for Any Credit Card, These Are the Top 6

**NERDWALLET** | SPONSORED

# Forget the 30yr mortgage if you owe less than $356K. (Do this instead)

**LOWERMYBILLS NMLS#167283; 3306** | SPONSORED

# Wearing These Merino Socks Is Like Walking on a Cloud

**BOMBAS** | SPONSORED

6 Credit Cards You Should Not Ignore If You Have Excellent Credit

Bad Posture? This New Back Brace Fights Back Pain & Rounded Shoulders Instantly

NERDWALLET / OMAX BACK BRACE | SPONSORED

 CHICAGO TRIBUNE

Column: Mayor Lori Lightfoot's angry words fall short in response to the new cop video scandal

CHICAGO TRIBUNE

Bruce Willis admits not wearing face mask in L.A. drugstore was 'error in judgment'

By BRUCE ASSUNÇÃO

NY DAILY NEWS

## Embroiled in messy divorce, ex-wife of Trump exec strikes cooperation deal in Manhattan DA probe

# Ditch Your Worn Out Wallet And Get Ekster

**TOPDUST FOR EKSTER** | SPONSORED

# Surgeon Reveals How To Fill In Balding Eyebrows

**BEVERLY HILLS MD** | SPONSORED

 CHICAGO TRIBUNE

Column: Chief Justice John Roberts, please do America a favor and make Donald Trump go away



Six Chicago pizzerias make Daily Meal's list of the 101 best pizzas in America — including Pequod's at No. 2

By GRACE WONG

## You May Like

Sponsored Links by Taboola

**Top Skin Doctor: How To Tighten Your Skin (The Right Way)**
DermalMedix SculptMedix Face & Neck Cream

**KN95 Masks on clearance - 80% off While stocks last with Free Delivery!**
SQ Medical Supplies

**96-Year-Old Puts Her House For Sale. Look How It Looks Inside**
Your Money Magic

**The Dating Site for Highly-Educated Singles in Washington**
EliteSingles

ADVERTISEMENT

## CONNECT



FEEDBACK

## TRIBUNE PUBLISHING

| | |
|---|---|
| New York Daily News | The Baltimore Sun |
| Orlando Sentinel | Sun Sentinel of Fla. |
| The Morning Call of Pa. | Hartford Courant |
| Daily Press of Va. | The Virginian-Pilot |
| The Daily Meal | Studio 1847 |

## COMPANY INFO

| | |
|---|---|
| Careers | About us |
| Help Center | Privacy Policy |
| Terms of Service | Archives |

ON THE TRAIL

## Meet the Press Blog: Latest news, analysis and data driving the political discussion

Smart political reporting and analysis, including data points, interesting national trends, short updates and more from the NBC News political unit.



—— Chelsea Stahl / NBC News

Updated March 30, 2021, 2:10 PM EDT

The latest political news and analysis from the campaign trail:

• SEE NEW POSTS

**Ben Kamisar**
202d ago / 2:17 PM EDT

### GOP Super PACs have helped Trump narrow Biden's TV advantage

WASHINGTON – As President Trump and his campaign deflect worries about the campaign's war chest, GOP super PACs have helped the president chip away at the significant TV and radio ad-spending deficit between him and Democratic nominee Joe Biden on the television and radio airwaves.

When just comparing spending by the two campaigns, Biden consistently outspent Trump in Arizona, Florida, Michigan, North Carolina, Ohio, Pennsylvania and Wisconsin over the six-week span from July 28 through Sept. 7 by a 5-to-1 margin. Biden's campaign spent $86.4 million in those states over that time period, according to Advertising Analytics, to Trump's $17.3 million.

But if outside spending is included, that margin is cut to a 2-to-1 Democratic advantage – $111.9 million by the Democrats and $65.1 million by Republicans.



—— President Donald Trump speaks to reporters before boarding Air Force One at Joint Base Andrews on Sept. 8, 2020.
Jonathan Ernst / Reuters

The six-week span includes two periods where the Trump campaign went off the battleground airwaves, once at the end of July in what the campaign called "a review and fine-tuning of the campaign's strategy" after it changed campaign managers, and another during the Republican convention, where campaign officials was only running national ads or in Washington D.C.

But the spending data over those six weeks shows how pivotal outside groups have been at trying to fill the void left by the Trump campaign's television spending strategy, and how their support has helped narrow the spending gap on the airwaves.

A significant portion of the pro-Trump spending in those states, $11.5 million, came from the new super PAC Preserve America, which started running ads at the beginning of this month. Despite the group's recent entry onto the scene, Preserve America outspent the Trump campaign in both Arizona and Pennsylvania over the six-week timeline. Since the group is so new, it's unclear who the PAC's dop donors are. But it's being helmed by veteran

GOP strategist Chris LaCivita, and Politico reported the group is expected to be supported by GOP megadonors like casino mogul Sheldon Adelson and Home Depot co-founder Bernie Marcus.

Alongside his main super PAC, America First Action (which just announced a new $22 million battleground advertising buy), Trump has also been boosted in the Rust Belt by Restoration PAC, a group that's primarily funded by GOP megadonor Dick Uihlein.

The Trump campaign has seen its cash reserves dwindle throughout the summer – by the end of March, Trump's re-election effort had a $182 million cash-on-hand advantage over Biden. But by the end of July, numbers released by both campaigns publicly showed that advantage had dwindled to about $6 million.

Both campaigns haven't filed their campaign finance reports covering August with the Federal Election Commission, but Biden's re-election announced they had raised $364.5 million in August alone, while Trump's re-election said it raised $210 million that month.

Trump sought to downplay concerns about his campaign's cash reserves in a Tuesday tweet where he blamed the heavy spending on needing to counter the message about the coronavirus and pledged to spend his on money if needed.

SHARE THIS - 

---

**Sahil Kapur**
202d ago / 12:53 PM EDT

## Joe Lieberman endorses Susan Collins, appears in ad for her in Maine

WASHINGTON – Joe Lieberman, a former U.S senator and the 2000 Democratic vice presidential candidate, endorsed Sen. Susan Collins, R-Maine, on Wednesday.

Lieberman is also appearing in an ad for Collins as she faces perhaps the toughest race of her career.

"I'm a lifelong Democrat but I put my country first, always. That's why I'm supporting Susan Collins for Senate," Lieberman, a Democrat turned independent, said in the ad, which is paid for by the Republican Jewish Coalition.





RJC is spending $400,000 to run the ad on digital platforms, aimed at persuading women voters in Maine, according to the group's spokesman Neil Strauss. Lieberman called Collins "a fighter for women's issues" in the ad.

Lieberman's relationship with Democrats turned frosty after his strong support for the Iraq war – and he was defeated in a 2006 primary for his Connecticut seat. He ran that year as an independent and won. In 2008, he endorsed Collins for re-election and backed Republican Sen. John McCain's presidential bid. He left the Senate in 2013.

Collins has easily won her past election challenges, but her brand has suffered at home due to her support of many of President Trump's initiatives. She currently trails Democrat Sara Gideon, the speaker of Maine's state house, by 4.5 points in the RealClearPolitics polling average.

SHARE THIS - 

---

**Marianna Sotomayor**
202d ago / 9:42 AM EDT

## Biden campaign releases economic proposals ahead of 'Made in America' speech

WASHINGTON – Ahead of former Vice President Joe Biden's "Made in America" speech in Michigan Wednesday, his campaign released part of a wide-ranging economic manufacturing plan that pulls from previous proposals and adds new ones that specifically address the offshoring of jobs.

The proposals aim to promote "Made in America" products by establishing a new offshoring tax code, rewarding companies for manufacturing in the U.S. and ending loopholes the Biden-Harris camp says were set by President Trump's administration.

—  Joe Biden speaks in Wilmington, Del., on Sept. 4, 2020.  Kevin Lamarque / Reuters

The plan punishes American companies that produce products overseas by adding a 28 percent corporate tax rate and an additional 10 percent "offshoring penalty surtax" totaling a 30.8 percent tax rate on profits. To incentivize

"Made in America" production, the administration would give companies a 10 percent tax credit on a number of investments like revitalizing closed factories and expanding payrolls.

"President Trump talks and talks – but he has failed to deliver results for American workers," the plan reads. "That ends under the Biden-Harris administration."

Biden also promises to sign new executive actions during his first week as president that ensure that the federal government uses taxpayer dollars to only buy American products and support supply chains in the nation.

The plan comes after Biden said in a Wilmington, Del. speech Friday that he will continue to draw more explicit contrasts between his vision and Trump's on numerous issues and this is the first policy decision in which he does that.

For months Biden has tried to bring Trump's economic record to light by challenging it with new proposals as the president continues to lead on the issue in some battleground states like Michigan and Florida with two months to go until Election Day.

SHARE THIS - 

**Heidi Przybyla**
202d ago / 8:18 AM EDT

### Broad coalition of progressive groups launches effort to aid with voting protection

WASHINGTON – In the closing weeks of a general election, the vanguard of Democratic advocacy groups would typically be focused on electing candidates championing their various issue agendas – from gun safety to veterans and women's issues. But this year, a number of such groups are banding together for what they say is an unprecedented and necessary cause: preserving the integrity of the 2020 vote.

The campaign, which includes gun safety, women's reproductive rights, LGBTQ, Latino and veterans groups, launches Wednesday to "serve as a powerful counterweight to President Trump's and the Republican Party's relentless and unprecedented voter suppression efforts and attacks on the right to vote, especially in the middle of a pandemic," according to a statement given to NBC by organizers of the effort.

*In-depth look at Michigan's race to prepare for November election*



Brady is dedicating resources, including full-time personnel and its legal team, which is filing amicus briefs in lawsuits filed by state attorneys general over U.S. Postal Service disruptions.

Other participants in the coalition include: NARAL Pro Choice America, J Street, Democracy Docket, the Communications Workers of America, Vote Vets, the Latino Victory Fund, the Human Rights Campaign and the National Democratic Redistricting Committee.

Democrats argue that Republican-controlled states have tried to curb voting access for years, citing the closing of polling locations in minority districts in battlegrounds like Ohio and, more recently, Georgia.

"Republicans are fighting for a free, fair, and transparent election," Steve Guest, rapid response director for the Republican National Committee, told NBC News in response to the effort. "Meanwhile, it's Democrats who are the ones limiting voting options which disenfranchises voters. We want to ensure that all votes are counted properly. This is about getting more people to vote, certainly not less."

Tiffany Muller, president of Let America Vote which is organizing the coalition, said the Trump administration's efforts to challenge the work of the Postal Service persuaded her group to mobilize the effort.

"It's not enough to just activate our members or do the typical organizing we would have done during campaign times," Mueller said. "There's an entire infrastructure on the other side fighting people being able to vote. It's needed in this moment of crisis that we're in."

The campaign aims to serve as a clearinghouse for safe voting information; coordinate rapid response to Trump's "efforts at voter suppression, including his attempts to undermine the Post Office"; and combat misinformation related to voting and the election.

Members will also help coordinate the return of absentee ballots and will recruit poll workers, voter registration volunteers and voter protection monitors, as well as conduct a public awareness campaign to remind voters to return their absentee ballots.

Separately, paid digital and mail advertising campaigns will remind voters how to cast ballots, especially during a pandemic.

The coalition adds to a far broader and "unprecedented" infrastructure that has been built over the past several years, beginning with civil rights groups that have been sounding the alarm about voting rights for years, said Guy Cecil, chair of Priorities USA, which says it plans to spend $34 million on voting rights this cycle.

"The investment is unlike anything I've seen," he said, because "it's not just established voting rights groups" heading to the front lines of the battle.

SHARE THIS -   

---

**Leigh Ann Caldwell and Julie Tsirkin**
203d ago / 5:24 PM EDT

### GOP scales down pandemic relief proposal but new bill lands with a thud

WASHINGTON – The Senate this week will vote on a new, slimmed down COVID relief bill put forward by Majority Leader Mitch McConnell, which includes just a fraction of what Democrats are demanding and is much smaller in size and scope than what Senate Republicans introduced as their starting offer in July.

The proposal comes as negotiations between Democrats and the Trump administration remain stalemated, but it will do little to break the log jam.

Democrats immediately rejected the latest maneuver, dismissing it as a political stunt and far too insignificant to address the economic needs of the country.

—— Senate Majority Leader Mitch McConnell listens to a question during a news conference on Capitol Hill, on July 27, 2020.
Susan Walsh / AP

In his search for 51 Republican votes in his divided conference, McConnell's latest bill is estimated to cost around $300 billion. At least half a dozen vulnerable Republican senators up for re-election in November are anxious to vote on a new bill –which would require 60 votes to pass – to provide relief to voters, but a faction of the GOP conference has been opposed to new spending, forcing McConnell to move ahead on a proposal that is far less than the $1 trillion bill that he introduced in July.

With the election upcoming, he is also challenging Democrats to vote against relief.

"It's easy to tell in Washington whether somebody's end goal is political posturing or getting an outcome. One way or another, what Democrats do will be revealing," McConnell said on the Senate floor. "I'll make sure our democratic colleagues get a chance to walk the walk. Every senator who has said they want a bipartisan outcome for the country will have a chance to vote for everyone to see. Senators will vote this week, and the American people will be watching."

The Senate is expected to vote on the measure Thursday, where McConnell will attempt to fill a symbolic void to the stalled negotiations between Democratic leaders and the Trump administration where House Speaker Nancy Pelosi has rejected returning to the negotiating table until the administration agrees to spending at least $2 trillion. The White House this week has signaled that it is willing to move it's topline number to $1.5 trillion, moving closer to the Democrats' position.

The GOP measure includes the leader's biggest priority, liability protection for businesses operating amid the pandemic. It also institutes another round of the small business Paycheck Protection Program and provides a $300 weekly federal unemployment insurance, which is less than the $600 people received until the benefit expired at the end of July. In addition, it provides $105 billion for education, $16 billion for COVID testing as well grants for private and religious schools and tax credits for homeschool.

It doesn't include another round of direct stimulus payments, which Republicans had previously supported.  It also doesn't include Democratic priorities of food assistance, rental assistance and money for states.

"The Republican skinny bill is less than a skinny bill. As Senator Schumer and I have said, it's an emaciated bill. It falls short of meeting the needs of the American people," Pelosi told NBC News.

SHARE THIS - 

---

**Ryan Beals and Rebecca Hankins**
203d ago / 3:44 PM EDT

## Trump campaign looks to ease concerns amid fundraising warning signs

WASHINGTON — With concerns swirling about President Trump's evaporating cash-on-hand advantage over Democratic nominee Joe Biden, as well as the Democratic nominee's recent television spending blitz, the president's current campaign team is promising more spending than Trump's 2016 campaign did.

While Trump entered April with a $182 million cash-on-hand advantage over Biden, that edge had all-but evaporated by July. Now, after Biden reported raised over $360 million in August, Trump's campaign manager Bill Stepien told reporters during a call on Tuesday that the campaign plans to spend "by a factor of two or three times" what it did in 2016 from this time to Election Day.

And earlier on Tuesday, President Trump defended his campaign team's fundraising efforts and blamed a potential loss in the cash race with Biden on the coronavirus pandemic. Trump also said on Twitter that if the campaign needs more money, he will personally provide funding.

....Like I did in the 2016 Primaries, if more money is needed, which I doubt it will be, I will put it up!

– Donald J. Trump (@realDonaldTrump) September 8, 2020

The campaign also tried to lessen the fundraising blow with reporters by saying that the cash haul isn't everything, and Trump's ability to raise money isn't what put him over the finish line in 2016.

"If money was the only factor in determining winners and losers in politics Jeb Bush would have been the nominee in 2016, and we'd have a second President Clinton right now in the Oval Office," Stepien said.

The Trump campaign also said that its incumbent advantage allowed the campaign to make early investments in states while Biden was still campaigning for the nomination.

— President Donald Trump speaks on the environment at the Jupiter Inlet Lighthouse and Museum in Jupiter, Florida on Sept. 8, 2020. Mandel Ngan / AFP - Getty Images

But in recent months, the Trump campaign has taken multiple pauses from the airwaves. And it's been Biden who has been winning the ad wars in key states. Since July, the Democrat has outspent Trump on the TV and radio waves in Wisconsin, Pennsylvania, Nevada, North Carolina, Michigan, Florida and Arizona, according to Advertising Analytics.

During Tuesday's press call, Stepien did announce a new radio ad targeting Black voters and airing in 11 urban markets like Detroit, Mich., Flint, Mich., Raleigh, N.C., and Charlotte, N.C. The ad hits on several points featured during the Republican National Convention regarding lower rates of Black unemployment before the pandemic and Biden having "47 years" of government service without producing results.

SHARE THIS -   

**Ben Kamisar**
207d ago / 8:18 PM EDT

## Kanye West has spent almost $5.9 million on presidential bid, new filing shows

WASHINGTON – Rap superstar Kanye West has spent almost $5.9 million on his quixotic presidential campaign through August, a new filing shows, an effort funded almost exclusively by the rapper himself.

West's new fundraising report, filed with the Federal Election Campaign on Friday evening, shows that the Forbes-designated billionaire loaned his campaign $6.76 million. He raised another $3,850 from 8 additional donations.

The bulk of West's spending, $5.45 million, went to three consulting firms – Millennial Strategies LLC, Fortified Consulting and Atlas Strategy Group LLC.

Gregg Keller, a Republican operative who has been working on West's campaign, runs Atlas Strategy.

Fortified Consulting shares an address with a firm co-founded by Meghan Cox, a consultant who has worked with a variety of Republican senators and who NBC News saw with the individuals who claimed to be dropping off petition signatures for West in Arizona.

Millennial Strategies is based in Long Island, New York that's worked for a variety of Democratic clients.

West announced his candidacy in mid-July, and candidates who spend at least $100,000 in a month are required to file their campaign finance reports with the FEC by the 20th of the subsequent month. The new filing shows that West spent almost $3.2 million through July, but his campaign did not file any fundraising reports until Friday.

The rapper is currently on the ballot in a handful of states – Arkansas, Colorado, Idaho, Iowa, Minnesota, Oklahoma, Utah, Tennessee, Kentucky, Louisiana and Vermont – but will almost certainly not be on enough ballots in the fall to secure the electoral votes needed to win the presidency.

His campaign has been denied ballot access in other states – including Wisconsin, New Jersey, Ohio, Missouri, West Virginia, Arizona, Virginia and Illinois – for various reasons including concerns over the veracity of the petition signatures he filed, concerns his petition-signers or presidential electors were duped into backing him, for missing deadlines, and because he is a registered Republican seeking a spot on the ballot as an independent or third-party candidate.

In recent days, West's lawyers have sued in the hopes of getting him on the ballot in Wisconsin, Ohio and West Virginia.

The ties to Keller and Cox are among the many between West and Republican operatives and supporters. His lawyer in Ohio is a former 2016 Republican convention delegate, his lawyers in West Virginia have represented the state Republican Party, and his lawyer in Wisconsin is the past Secretary/Treasurer of the Minnesota GOP.

And Keller and other Republicans have been playing key roles in West's attempt to get on state ballots.

SHARE THIS -  

---

**Melissa Holzberg**
207d ago / 11:11 AM EDT

## Conservative super PAC launches $3 million digital, $10 million TV ad buy

Club for Growth launched a new ad buy on Friday, spending $3 million on digital ads – the group's largest digital expenditure to date – and $10 million on a TV ad buy.

The conservative super PAC's effort is to boost six Republican candidates in competitive elections this cycle.

The new ads will begin running on Sept. 8 and will target voters on digital platforms like Hulu and Sling, and internet placements on Pandora, iHeart Radio and direct podcasts. The $10 million traditional buy, which will play on broadcast, cable and satellite TV will air ads through Election Day.

"Club for Growth Action is making a game-changing investment in these races," Club for Growth Action president David McIntosh said in a statement. "We are using cutting-edge technology and techniques to reach voters who are often overlooked to ensure these pro-growth candidates are elected."

The six candidates the group is looking to boost are Montana Sen. Steve Daines, Texas Rep. Chip Roy, and then Republican challengers in three congressional districts: Rich McCormick in Georgia-7, Victoria Spartz in Indiana-5 and Matt Rosendale in Montana's at-large district and Nick Freitas in Virginia-7.

 Senator Steve Daines speaks at a news conference on Republican opposition to statehood for the District of Columbia at the U.S. Capitol in Washington, on July 1, 2020. Erin Scott / Bloomberg via Getty Images file

Daines is facing one of the hardest Democratic challenges in the Senate from Montana Gov. Steve Bullock. While Daines has managed a slight lead in recent polling, the race is listed as a toss-up by the Cook Political Report. It's one of several seats Republicans hope to keep in November in order to maintain majority control of the Senate.

Texas Rep. Chip Roy is also facing a stiff challenge from Democratic state Sen. Wendy Davis. Polls measuring the race have the two neck-and-neck, and Roy won the seat in 2018 by just under three points.

SHARE THIS –

---

**Liz Brown-Kaiser**
208d ago / 4:54 PM EDT

### Democratic House candidates tout endorsements from U.S. Chamber of Commerce

WASHINGTON – The U.S. Chamber of Commerce, a traditionally Republican-leaning lobbying group, has endorsed 23 House Democrats for re-election ahead of their competitive general election match-ups.

The Hill first reported the list of endorsements Tuesday, and a source familiar with the matter who is not authorized to speak about it publicly confirmed the endorsements to NBC News. The source added that the Chamber is backing 29 freshmen House Republicans as well.

While the business-oriented organization has not released its latest round of endorsements, several Democratic House candidates have publicly celebrated their support from the Chamber.

Moderate freshmen Reps. Joe Cunningham of South Carolina's First Congressional District, Sharice Davids of Kansas' Third Congressional District, and Kendra Horn of Oklahoma's Fifth Congressional District touted their endorsements on Twitter.

—— Rep. Joe Cunningham, speaks during an enrollment ceremony for the Great American Outdoors Act in the Capitol in Washington, on July 23, 2020.  Caroline Brehman / CQ-Roll Call via Getty Images file

The three members all flipped their districts in the 2018 midterms and come from states that President Trump carried by double digits in 2016 – making them top GOP targets heading into the fall.

Cunningham posted the email he received from the Chamber's Chief Executive Officer Thomas J. Donohue informing him of the official endorsement. Other newly-backed members received similar messages from Donohue.

"The Chamber endorses pro-business leaders in Congress and vigorously supports policies that advance economic growth, help create jobs, and promote fiscal responsibility," the letter reads, detailing House accomplishments such as the passage of the United States-Mexico-Canada Agreement.

"While just a snapshot of important House activity in 2019, your percentage on the Chamber's How They Voted scorecard was the driving factor in achieving this endorsement for 2020."

The new endorsements represent a shift from previous cycles for the Chamber, which is known for aligning itself with GOP candidates. In 2018, the group reportedly endorsed just seven Democrats in federal elections. Politico previously reported that the endorsements this cycle have caused friction within the Chamber and among its donors.

—— Rep. Abigail Spanberger, participates in the Problem Solvers Caucus press conference in the Capitol, on Feb. 11, 2020.
Bill Clark / CQ-Roll Call via Getty Images file

Like Cunningham, Davids, and Horn, a dozen other freshmen Democratic members in Republican targets promoted their endorsements on Twitter, including: Reps. Colin Allred (TX-32), Lizzie Fletcher (TX-7), Haley Stevens (MI-11), Josh Harder (CA-10), Abby Finkenauer (IA-1), Cindy Axne (IA-3), Xochitl Torres Small (NM-2), Anthony Brindisi (NY-22), Susie Lee (NV-3), Angie Craig (MN-2), Andy Kim (NJ-3), and Abigail Spanberger (VA-7).

The list of endorsements also includes Reps. TJ Cox (CA-21), Antonio Delgado (NY-19), Elaine Luria (VA-2), Ben McAdams (UT-4), Dean Phillips (MN-3), Harley Rouda (CA-48), Greg Stanton (AZ-9), and David Trone (MD-6).



SHARE THIS -

Marianna Sotomayor
209d ago / 7:32 AM EDT

## New Biden ad on Social Security solvency looks to woo voters in key battleground states

WASHINGTON – While issues of policing and safety in American cities have commanded most of the attention in the presidential campaign this week, former Vice President Joe Biden's campaign is trying to remind seniors about President Donald Trump's record on other key issues that they believe could effectively win battleground voters.

As part of that effort, Biden's campaign released a new ad Thursday in battleground states attacking the president on Social Security solvency, the campaign's first nation-wide general election ad focused on the issue.

The ad, first obtained by NBC News, is targeting voters in Arizona, Michigan, Minnesota, Nevada, North Carolina, Ohio, Pennsylvania and Wisconsin with a warning about what could happen if Trump's proposal for a permanent payroll tax cut came to fruition. The ad uses a recent letter written by the chief actuary of the Social Security Administration warning that such a policy would run Social Security dry by the middle of 2023.

As part of his executive actions aimed at shoring up the economy amid the coronavirus pandemic, Trump deferred payroll taxes through the end of the year and has promised to "forgive these taxes and make permanent cuts to the payroll tax." He and other administration officials have said those losses would be offset by both economic growth and pulling money from the general fund.

Biden has raised concerns about Social Security alongside the president's ongoing attempts to fully undo the Affordable Care Act without providing a replacement plan, arguing that Trump does not care about helping Americans amid an ongoing healthcare crisis.

"Put it plainly Trump's plan would wipe out Social Security period. You feel safer and more secure now?" Biden asked viewers during a Monday in Pittsburgh as part of a list of real-world consequences Americans would face if Trump wins re-election.

While the Biden campaign stressed a similar message throughout the primary election warning that re-electing Trump risked cuts to Social Security, they are ramping up their warning with the intention of targeting seniors who overwhelmingly rely on the government program in the final weeks of the general election.

A new national Quinnipiac poll released Wednesday found Biden winning those 65 and older by a margin of 50 percent to Trump's 46 percent, the latest poll showing Biden over-performing with seniors. In 2016, exit polls found Trump winning the 65-and-older vote by a margin of 52 percent to 45 percent.

The Quinnipiac poll found Trump still maintaining his edge among those 50 to 64 years of age, 53 percent to 44 percent respectively.

The campaign has already been stress their Social Security warning in Florida, a state where a win could put him on a faster track to clinching 270 electoral votes. One-fifth of the 2016 Florida electorate was 65 years old or older, exit polls found.

On Tuesday the campaign released their fourth ad directly targeting seniors in Florida, which continues to highlight testimonials from Floridians who worry about catching the virus and express frustration with the administration's response.

"Our seniors that are being hit will be my responsibility if I'm your president," Biden said in a digital ad that played across six battleground states last month. "I will not abandon you. It's a simple proposition folks, we're all in this together. We got to fight this together."

SHARE THIS -  f  ✆  ✉

LOAD MORE POSTS

**Sponsored Stories**                                                    by Taboola

OPDUST FOR EKSTER
itch Your Worn Out Wallet And Get Ekster

WISS-WATCH
istrict Of Columbia: Why is Everyone Excited Over This $49 Smartwatch

OMBAS
Things That Make Bombas the Best Socks in the History of Feet

UARD.IO

hrome Users? Get Rid of Popups Instantly

---

SPONSORED / TOPDUST FOR EKSTER

## Ditch Your Worn Out Wallet And Get Ekster

SPONSORED / SWISS-WATCH

## District Of Columbia: Why is Everyone Excited Over This $49 Smartwatch

SPONSORED / NORTHERN TOOL + EQUIPMENT

**NorthStar Portable Generator with Honda GX630 OHV Engine - 13,000 Surge Watts, 10,500 Rated Watts, Electric Start, CARBCompliant**

SPONSORED / BOMBAS

**8 Things That Make Bombas the Best Socks in the History of Feet**

SPONSORED / GUARD.IO

**Chrome Users? Get Rid of Popups Instantly**

SPONSORED / UNIVERSITY AT BUFFALO

**Why Deprescribing Efforts Are Critical for Older Adults**

SPONSORED / GUARD.IO

## Chrome Users? Clean Your Browser in 30 Seconds

SPONSORED / GREENBIZ | AMERICA'S PLASTIC MAKERS

## Unilever and Alibaba Launch 'Waste-Free World' Initiative.

SPONSORED / CSG

**Are You Ready to Avoid the 5G Struggle?**

SPONSORED / VOIP | SEARCH ADS

**More Americans May Be Picking VoIP Phones In 2021**

SPONSORED / ZENBOOSTER WIFI

**Not Illegal? Internet Providers Furious After Gadget Goes Viral**

SPONSORED / PLASTICS TODAY | AMERICA'S PLASTIC MAKERS

**Recycling Continues To Progress Toward A Circular Economy.**

SPONSORED / COMPARISONS.ORG

**Best & Worst Refinance Mortgage Companies Of 2021**

SPONSORED / UPBOOSTER WI-FI

**Illegal? Internet Providers Furious After $39 Gadget Goes Viral**

**More From NBC News**

## The Reagan Assassination Attempt: The Secret Service 40 Years

NBC NEWS / MEET-THE-PRESS

**Full Toomey: 'Shameful' for Democrats to use gun reform and voting rights to 'ruin' the Senate**

NBC NEWS / SHOP

**How to choose a clothes iron in 2021, according to experts**

SPONSORED / SKIL | SPONSORED

## The Surprising Reason This Drill is Highly Rated

SPONSORED / OSHENWATCH

## Why Is Everybody Snapping Up This New $49 Smartwatch?

SPONSORED / MAZDA CX-5 CLEARANCE | SEARCH ADS

## The All New Mazda CX-5: You Won't Believe The Price

SPONSORED / VALENTINE'S GIFT

## 20+ Insanely Cool Gadgets You'll Regret Not Getting for Him

NBC NEWS / VIDEO

## 'Right now, I'm scared': CDC director urges Americans to continue

NBC NEWS / VIDEO

**Watch: Biden signs PPP Extension Act**

NBC NEWS / VIDEO

**Watch live: Biden delivers remarks on Covid response and vaccinations**

ABOUT                                           CA NOTICE

CONTACT                                         TERMS OF SERVICE

CAREERS                                         NBCNEWS.COM SITE MAP

PRIVACY POLICY                                  ADVERTISE

DO NOT SELL MY PERSONAL INFORMATION             AD CHOICES

© 2021 NBC UNIVERSAL

## The Washington Post

*Democracy Dies in Darkness*

# The Trailer: How a bipartisan stimulus became a political stumbling block

By **David Weigel**

July 12, 2020 at 5:56 p.m. EDT

*In this edition: The newly bitter politics of the Cares Act, the closing messages in next week's primaries, and the president cancels a rally while donning a mask.*

All of these newsletter items are cakes, and this is The Trailer.

The Cares Act, a $2 trillion stimulus bill designed to float American workers and businesses through the coronavirus recession, passed with almost unanimous support. If any government program might be robust enough to survive campaign politics, it would be this — an election-year deal between an unpopular president and a party that desperately wants to beat him.

Yet in the past week, "the single biggest relief package in American history," as President Trump accurately labeled the legislation, has evolved toward the political fate of most other spending bills. Candidates who benefited from it, however indirectly, are accused of taking handouts; calls for another round of benefits have been muted.

Less than two weeks before the bill's expanded unemployment benefits expire, the Cares Act has emerged as a political stumbling block in House and Senate races. The Paycheck Protection Program, which provided loans that companies are to repay and has helped at least temporarily halt some business losses, gets attacked as a giveaway; unemployment benefits that added up to more than some workers' salaries have become cautionary tales for Republicans.

"We knew there was a problem with enhanced unemployment, in that [in] certain cases, people were paid more than they made," Treasury Secretary Steven Mnuchin said in a Thursday interview on MSNBC. "We want to incentivize people to go back to work."

In Congress, Republican jitters about more generous benefits have led to proposals for benefits that would go to fewer people, making less money — though Democrats are ready to cut more checks, even if a president they oppose would get a political win. In campaigns, meanwhile, a PPP program that made 4.4 million loans in an attempt to prevent businesses from laying people off has become a source of occasional embarrassment, with candidates getting hammered for benefiting from those loans, whether or not they supported the program in the first place.

"I don't think we ever dreamed that we would be providing financial assistance to political campaigns," Sen. John Cornyn of Texas said after a news network reported that Christine Mann, a Democrat seeking a suburban House seat

---

☰ **NEWSLETTER**   EVERY WEEKDAY

A 5-minute breakdown to track a new president **Sign Up** →

out hypocrisy. In Arizona, Republicans have attacked Democratic Senate candidate Mark Kelly's business career and speeches; Kelly tweeted last month that "too many small business owners were left with no relief, especially those in tribal communities," and that Congress should "ensure that the relief is getting to those who need it most."

When names of PPP recipients were published, a company co-founded by Kelly was revealed to have taken a seven-figure loan, as did Giffords, the gun safety group he ran until last year. Neither was a large corporation, but Kelly got whacked anyway.

"Mark Kelly tried to score cheap political points by criticizing the bipartisan success of PPP while quietly taking the money for his own large corporation," Sen. Martha McSally's campaign manager told the Arizona Republic, as Kelly retained a small stake in the company.

In Nevada, where Republicans are working to defeat Democratic Rep. Susie Lee, they've focused on her success in letting gaming companies obtain PPP loans, which came before her husband's gaming company got a PPP loan to rehire employees. "Conflict of interest would be putting my personal interests above the interests of my constituents," Lee told the Nevada Independent, which Republicans responded to with a nickname: "Swindlin' Susie."

Candidates have largely been caught in the crossfire of PPP stories, which have frequently focused on large corporations or comfortably wealthy business owners who've benefited from a much needed bailout. There are echoes of what happened in 2009 and 2010, when the passage of the nearly trillion-dollar American Reinvestment and Recovery Act became a political football for Republicans. The difference then was that all but three Republicans, all senators, opposed that legislation; Republicans were so happy with this year's legislation that the president, as he typically has done since the impeachment trial, held a signing ceremony that included no Democrats.

In ordinary times, bipartisan support for a program, or a bill, usually neutralizes the effectiveness of political attacks. For incumbents, the Cares Act has generally looked like a winner, with polling from both parties finding voters satisfied with Congress's initial response and, for most of the spring and summer, optimistic about recovery.

But decades of skepticism about "handouts," and about the winners and losers in any major government program, have led to an intermittent wide-scale shaming. That shouldn't have been surprising. Sen. Elizabeth Warren (D-Mass.), who like every Senate Democrat backed the Cares Act, called for more transparency in the ongoing loan process, on the premise that the most powerful loan-seekers would crowd out small and minority business owners.

"We knew PPP was broken," Rep. Pramila Jayapal of Washington tweeted last month. Like many Democrats, she preferred a support system that was more generous for small businesses and workers and less so for large businesses, like the ones deployed in Europe. "We knew minority-owned businesses weren't receiving help. We knew mass unemployment wasn't being ended. And now, it's clear the Trump [administration] has been completely corrupt with this program."

One month later, and after billions of dollars were distributed, coverage of a PPP success story — unemployment a bit lower than projected — has been nudged aside for coverage of whether some recipients didn't deserve it.

unsympathetic-looking projects would backfire, stopped the Obama administration from doing more. Obama's vice president has proudly defended the 2009 approach, repeatedly contrasting the lack of controversy back then to the high-profile stories about big businesses or politically connected people getting loans now.

"I'm the guy that had responsibility of handing out $84 billion in the Recovery Act in the financial recession," Joe Biden said this week in remarks near Scranton, Pa. "I met once every two weeks with the inspectors general. Everything was open. What are we finding out now? That large chains and hotel chains and chains of restaurants, they divided all the restaurants up and treated them as individual restaurants, they're already making hundreds of millions of dollars. The mainstream mom-and-pop businesses, they didn't get the money."

There was little chance, in an election year, that the biggest stimulus package in American history would hit without controversy. But when Congress returns to respond to the ongoing crises, months of cynicism and negative spin may weigh more heavily than the feelings of March.

# Reading list

**"The once-mocked 'Never Trump' movement becomes a sudden campaign force," by Ashley Parker and Robert Costa**

Republicans against the president find some strategies that click and develop a ground game.

**"What women want," by Sarah Longwell**

Lessons from focus groups of female former Trump supporters.

**"Biden releases U.S.-centered economic plan, challenging Trump's 'America First' agenda," by Sean Sullivan and Jeff Stein**

The Democrat's "Buy American" plan was step one of a campaign rollout.

**"When Val Demings stood by police officers accused of excessive force," by Matt Dixon and Maya King**

How a potential vice president spent her years as Orlando's top cop.

**"A onetime Alabama favorite son hopes to win back his Senate seat. Trump stands in the way," by Eric Velasco and Paul Kane**

Jeff Sessions on a rocky comeback trail.

**"In the race for Joe Kennedy's successor, an anti-Kennedy emerges," by Daniel Boguslaw**

The progressive battle for a safe Democratic seat.

**wp NEWSLETTER** | **EVERY WEEKDAY**

A 5-minute breakdown to track a new president   **Sign Up** →

# In the states

Culture wars over statues, socialism and support for the president dominated campaigning over the weekend as Republicans in Wisconsin held their state convention and candidates in Alabama, Maine and Texas went to the wire for their runoffs and primaries.

Wisconsin's convention, scaled down from previous years but mostly held in person, was like a lot of recent Republican events — specific criticism of Democratic nominees took a back seat to praise of the president and condemnations of "socialism" inside the Democratic Party. Katrina Pierson, a Trump campaign adviser who leads the Black Voices coalition, told delegates that the president's approval rating with black voters had crested 40 percent, a number seen in some campaign-friendly polls but not in the polls released by media outlets.

"The Black Voices for Trump coalition will be taking on Black Lives Matter, because we have the candidate with the policies that prove black lives matter, because he believes that all lives matter," Pierson said.

Rep. Glenn Grothman, who represents a strongly Republican district in the center of Wisconsin, told delegates that the Black Lives Matter's "Marxist" origins needed to be exposed and that Republicans needed to tell the story of how the president's approach to policing had made the country safer, blaming unrest in cities on local mayors.

"You have to remind the public of what a caring president we have," Grothman said. "The day he leaves, you're going to see a change in law that when a policeman goes to arrest somebody, they're going to be looking over their shoulder."

Democrats ignored much of what was said at the conference, though a moment when Grothman tried to say "Donald John Trump," and was struck by a coughing fit, went viral. Instead of that, the state's Democratic Party focused on a guest speech by Yuri Maltsev, an emigre from the old Soviet Union and current professor at Carthage College, in which

NEWSLETTER  EVERY WEEKDAY
A 5-minute breakdown to track a new president  Sign Up →

In Maine, where voters will nominate candidates for House and Senate on Tuesday, Republican House challenger Erik Brakey used a final debate to attack his opponents for getting support from organizations and donors that had been critical of the president; "accepting help from the very swamp he is trying to drain," as he put it. In Texas's deep red 13th District, where the Republican nomination is tantamount to election, former White House physician Ronny L. Jackson has emphasized his support from and for the president; challenger Josh Winegarner has accused him of using the district as a "backup plan" when Jackson's career faltered. But Winegarner has been just as devoted in his support for the president, accusing Jackson of hurting the vice president's wife.

"Mrs. Pence's doctor said that Ronny violated federal privacy by revealing her medical condition," a narrator says in one of Winegarner's ads. "A homegrown Christian, Josh stands with Trump to build the wall."

Alabama's runoff, which will decide whether former attorney general Jeff Sessions has a path back to the Senate, ended with former University of Auburn football coach Tommy Tuberville running out the clock. Tuberville's "People versus the Swamp" bus tour ended June 14, and he both declined Sessions's challenge to a series of debates and stayed off the trail in the final weeks of the campaign. Sessions has closed out with a series of interviews, and with criticism of Tuberville's role in a disastrous hedge fund. But the president backed Tuberville again on Twitter over the weekend, inspiring a final pre-runoff response from Sessions.

"I've taken the road less travelled," Sessions tweeted. "Not sought fame or fortune. My honor and integrity are far more important than these juvenile insults. Your scandal ridden candidate is too cowardly to debate. As you know, Alabama does not take orders from Washington."

Look for a rundown of all the July 14 primaries in the next edition of The Trailer.

# Turnout watch

The Democratic presidential primary inched closer to its conclusion this weekend with votes in Louisiana and Puerto Rico. By the time the country goes to sleep Sunday night, just 60 of the party's 3,981 pledged delegates, the ones from Connecticut's upcoming primary, will still be unassigned.

Louisiana's much-delayed Saturday primary ended with easy, unsurprising landslides for Joe Biden and President Trump. Biden won 80 percent of the 266,941 Democratic votes; Trump won 96 percent of the 204,175 Republican votes, one of his best results in any primary held this cycle. The quirkiness of this race, which was initially scheduled for the end of March, kept nearly every candidate on the ballot; Trump's lowest total across the state was in Orleans

NEWSLETTER   EVERY WEEKDAY
A 5-minute breakdown to track a new president   Sign Up →

Biden's primary came with its own quirks. Sen. Michael F. Bennet of Colorado, who quit the race in February after a poor finish in New Hampshire, won 6,163 votes — by far his best result, and likely thanks to the newsy endorsement of Louisiana-born strategist and celebrity James Carville. Yet Biden ran ahead of his statewide average in Orleans, East Baton Rouge and other high-population parishes with substantial numbers of black voters. He did worst in the parts of Louisiana that bolted the Democratic Party during his vice presidency, the heavily white "Cajun country" of Acadiana. Biden bottomed out at 41 percent in Cameron Parish, where just 199 Democrats bothered voting, down more than two-thirds from the competitive 2008 race between Barack Obama and Hillary Clinton, and down more than 50 percent from 2016, when Clinton rolled past Bernie Sanders.

For all that, Democratic turnout was closer to 2016, when both parties held competitive primaries, than Republican turnout. Compared with that year, Democratic turnout fell by 14 percent, while Republican turnout fell by 32 percent. But that's not much of a preview for November. Democrats have not seriously contested Louisiana since 1996 and are not investing in the state at the presidential level this year.

---

# You are reading The Trailer, the newsletter that brings the campaign trail to your inbox.

Sign up now

---

# Ad watch

**Restoration PAC, "Joe Biden: Unsuited Then, Unsuited Now."** Republican megadonor Richard Uihlein is the main force behind this PAC, which plays more in Uihlein's neighboring Wisconsin than his native Illinois. This spot focuses entirely on comments Biden made 33 years ago, browbeating a skeptical voter who asked him about his college grades and boasting, falsely, that he'd won an academic scholarship, a special award, and graduated in the top half of his law school class. "It's new information to most voters," PAC founder Richard Truax told WisPolitics.com.

**Candace Valenzuela, "Teachers."** A progressive candidate fending off more moderate (and controversial) House candidate Kim Olson in Texas's 24th District, Valenzuela isn't closing on an issue contrast. She's closing on biography and focusing on Olson, who has led with her experience as a veteran, for her work on the Dallas Independent School District. "I remember when she fired hundreds of teachers, after we mismanaged the budget," one teacher says.

NEWSLETTER   EVERY WEEKDAY
A 5-minute breakdown to track a new president   Sign Up →

Trump tweeted his endorsement, as footage shows the candidate cheerfully greeting a Border Patrol officer in the country's biggest border district.

**John Cornyn, "Liberal Royce West."** It's a common tactic in modern primaries: Elevate the opponent that you think would be easier to beat. The surprise here is only that Cornyn, who hasn't broken a sweat in any race since joining the Senate 18 years ago, would use that tactic. Here, he portrays West, a black state senator from Dallas who has struggled to raise money, as a "liberal politician" who supports "dangerous late-term abortions" and would destroy the Second Amendment. West is the underdog in Tuesday's runoff with MJ Hegar, a less liberal candidate. But in other attempts to boost a liberal over a candidate backed by national Democrats, Republicans have run afoul of cautious Democratic primary voters.

# Poll watch

**Battleground polls (CBS/YouGov, 1,099 likely voters; 1,229 likely voters; 1,212 likely voters)**

*Arizona*
Joe Biden: 46%
Donald Trump: 46%

*Florida*
Joe Biden: 48%
Donald Trump: 42%

*Texas*
Donald Trump: 46%
Joe Biden: 45%

Three polls that show the president tied or trailing in three states he won four years ago are also the best polls he has gotten in a while across some of those states. The news for Republicans isn't terrible down the ballot, either, with Sen. John Cornyn leading either Democrat who might win this week's runoff, and Sen. Martha McSally trailing for reelection by single digits. But voter movement since 2016 is generally against Trump, with the president doing worse with white voters and voters over 65 in every state; with nonwhite voters, he has held steady or lost a little ground. In Florida, without which a Trump reelection is nearly impossible, Hillary Clinton's 27-point margin among Latino voters was smaller than Biden's current 31-point margin. In 2018, when Republicans only narrowly won Florida's key statewide races, the key was a decline for Democrats among Latino voters.

**NEWSLETTER** | EVERY WEEKDAY

A 5-minute breakdown to track a new president   **Sign Up** →

On Friday evening, shortly after canceling a planned weekend rally in New Hampshire, **President Trump** commuted the sentence of political fixer Roger Stone, who had been convicted on seven felony counts related to his work in the 2016 election and his subsequent obstruction of an investigation. Trump had hinted for months that he'd commute Stone's sentence, even though the limited polling on the issue found it deeply unpopular outside the Republican base.

**Joe Biden**, who since securing the Democratic nomination has been judicious about commenting on Trump's comments or scandals, responded with a tweet linking back to his own 2019 comment about Trump surrounding himself "with people who flout our laws." He added a little to that on Saturday: "Donald Trump is the most corrupt president in modern American history. Every day that he remains in office, he further threatens the future of our democracy."

There was no other campaign activity by the candidates over the weekend, though the president wore a mask during his visit to Walter Reed National Military Medical Center, an event that his campaign quickly highlighted. It was not the first time Trump had worn a mask in public; he did so briefly during a visit to a Ford plant two months ago. But this was the first time people around the president made an issue out of the mask-wearing, with Trump campaign manager Brad Parscale matter-of-factly tweeting "America First," and other campaign figures contrasting an image of Trump walking with a mask with some moments at a June event when Biden left his mask dangling by the strings as he answered questions.

"When the child finally does that thing you've been asking him to," Biden spokeswoman Symone Sanders joked, pointing to the boastful Trump campaign tweets.

"Rather than taking responsibility and leading, he wasted four months that Americans have been making sacrifices by stoking divisions and actively discouraging people from taking a very basic step to protect each other," Biden said in a statement.

NEWSLETTER | EVERY WEEKDAY

A 5-minute breakdown to track a new president   Sign Up →

Hawkins, 67, had clinched the nomination a few weeks earlier after a string of victories in the 19-year-old party's primaries. The best known of eight candidates, Hawkins won 205 of 358 available delegates over the course of the year, and nothing — definitely not the occasional speculation that former Minnesota governor Jesse Ventura might run — slowed him down. The party also affirmed Angela Walker, the Socialist Party's 2016 vice presidential nominee, as Hawkins's running mate.

On Saturday afternoon, introduced as "the original Green New Dealer," Hawkins decried the limitations on ballot access still facing the party and said his campaign would appeal to the disgruntled voters who sit out elections.

"We're running out of time on issues like the climate crisis and the covid pandemic," Hawkins said. "Real solutions can't wait."

But Hawkins was pursued throughout the race by Dario Hunter, who repeatedly challenged the results of primaries that attracted few voters and accused the party of putting the fix in for Hawkins. On Saturday, after the Hawkins nomination was approved, he released a video encouraging voters to support him as a candidate for president, whether or not his name appeared on ballots.

"We reject the results of the Green Party primary as illegitimate," Hunter said. "Our recommendation is this: That you vote for Dario Hunter and [running mate] Darlene Elias one more time, as independent Green candidates for president and vice president of the United States."

Neither Hawkins nor Hunter is particularly well known, though Hawkins gained name recognition in New York after a series of campaigns for local and statewide office. And the Green Party has had more serious schisms. The current party grew out of a split between factions that came after the 2000 election, still the high watermark for the party's popular vote total. In 2004 and 2008, the party's best-known nominee, Ralph Nader, ran independent presidential bids that attracted some of the voters who might otherwise have pulled the Green lever.

In a news conference held Sunday morning, Hawkins told The Trailer that he'd run "a positive campaign" and his opponents, like Hunter, had run "negative campaigns against not just me, but against the Green Party." Asked which states a Green campaign would focus on, Hawkins pointed to Maine, which offers ranked-choice voting. That allows voters, for example, to rank a Green candidate first and a Democrat second, letting the Democratic vote count if the Green does not win. Hawkins also pointed to Hawaii as a place where climate-change-conscious voters might be gettable and joked about "winning the advisory vote in Guam," before saying the ticket would also try to win left-wing third-party nominations in other states.

# Countdown

... two days until runoffs in Alabama and Texas and the primary in Maine
... 36 days until the Democratic National Convention
... 46 days until the Republican National Convention

NEWSLETTER   EVERY WEEKDAY

A 5-minute breakdown to track a new president   Sign Up →

NEWSLETTER | EVERY WEEKDAY
A 5-minute breakdown to track a new president   Sign Up →

**POLITICO**

# POLITICO

POLITICO

## POLITICO Influence

*Delivered daily, Influence gives you a comprehensive rundown and analysis of all lobby hires and news on K Street.*

✉ he POLITICO Influence newsletter

Your email...

By signing up you agree to receive email newsletters or updates from POLITICO and you agree to our privacy policy and terms of service. You can unsubscribe at any time and you can contact us here. This sign-up form is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## What DOJ is saying about the state of FARA

By **CAITLIN OPRYSKO** | 12/04/2020 03:21 PM EST

*With Daniel Lippman*

**FARA FRIDAY:** A top Justice Department official today touted increased compliance with the Foreign Agents Registration Act over the last five years, crediting former special counsel Robert Mueller's probe of Russian election meddling in part for highlighting shortcomings of the law. In a keynote address at the **American Conference Institute**'s second National Forum on FARA, Deputy Assistant Attorney General for the National Security Division **Adam Hickey** outlined steps the department has taken to ramp up FARA enforcement since a 2016 inspector general's report.

— By 2014, active registrations under the law had fallen by 60 percent from their peak in the 1980s, Hickey said. But Mueller's three-year investigation, which resulted in prosecutions of three high-profile Trump campaign officials on charges related to FARA violations as well as the registration of Russian propaganda outlets as foreign agents, "undeniably helped reverse that decline by highlighting FARA's relevance to modern challenges of covert foreign influence and injecting adrenaline into the department's enforcement efforts."

— Compared with 2016, Hickey said, "twice as many new registrants and new foreign principals filed. Almost twice the number of individuals who work for registrants, known as short-form registrants, have registered, increasing transparency concerning the individuals, and not just the entities engaged in foreign influence activities." The past few years have seen a number of high-profile political operatives rung up on charges related to their failure to register as foreign agents, most notably former Trump campaign manager and GOP operative **Paul Manafort**, his deputy **Rick Gates** and former Obama White House counsel **Gregory Craig**. Trump's first national security adviser, **Michael Flynn**, who was granted a sweeping pardon last week, admitted as part of a guilty plea on separate charges to lying about his Turkish lobbying. Flynn attempted to retract that plea this year.

— Hickey alluded to the heat DOJ faced as part of those prosecutions, noting they came "after decades in which few other criminal FARA cases were brought, and sometimes in cases where the defendants did belatedly register." But he defended taking "a more aggressive approach" to FARA's administrative enforcement, saying that "although some of those cases have not turned out as we expected" — Craig was acquitted, and a Flynn associate's conviction was later overturned — "our job is to bring the hard cases as well as the easy ones, and I think the evidentiary record makes clear why we have chosen to prosecute the individuals we have."

— He applauded the FBI and intelligence community, which he said have "evolved significantly since 2016 in their appreciation of the threat from malign, or covert, foreign influence" as a result of Russia's attempts to interfere in the 2016 election. Hickey also defended the department's decision to go after foreign media outlets like Russia's **Sputnik** and **RT.**

**We made it to Friday y'all. Welcome to PI.** Have any tips about whether Congress is tiptoeing toward a coronavirus relief deal? Send 'em my way: coprysko@politico.com. And follow me on Twitter: @caitlinoprysko.

**MAKE IT RAIN:** President **Donald Trump**'s relentless, fact-challenged — and thus far, unsuccessful — push to cast doubt on the results of last month's election has earned the outgoing president boatloads of cash with which he can wield his influence on the GOP once out of office. The Trump campaign announced it had raised $207.5 million since Election Day, a massive haul fueled by frantic fundraising pitches centering around his efforts to challenge his loss to **Joe Biden.** "Trump's frenzied fundraising pitches are channeling most of the money raised to **Save America**, the leadership PAC he created just days after major media outlets projected Biden had defeated him," **POLITICO's Zach Montellaro** and **Elena Schneider** write. "Current fundraising appeals from Trump solicit money for a joint fundraising committee, the **Trump Make America Great Again Committee**, which is directing 75 percent of each contribution to Save America, up to a $5,000 legal limit. Only after that point does money start flowing into a recount account set up by Trump's presidential campaign. (The remaining 25 percent of donations go to various accounts for the Republican National Committee.)"

— More from Thursday's post-election filings, from Zach and Elena: Several GOP megadonors came through for the president late in the campaign, when Biden's fundraising began to overtake Trump's moneymaking behemoth. **Sheldon** and **Miriam Adelson** collectively gave **Preserve America PAC** $15 million toward the end of October, bringing them to $90 million in donations to the PAC over the course of the campaign, "part of an enormous $200 million they gave in disclosed donations to outside groups in 2019 and 2020." **Home Depot** founder **Bernie Marcus** chipped in $5 million to **Restoration PAC** at the end of October, and Trump's preferred vehicle for outside spending, **America First Action**, took in $21 million over the final weeks of the race, with $10 million of that coming from former SBA Administrator **Linda McMahon**.

— Zach and Elena also report that **Senate Majority PAC**, which is run by allies of Senate Minority Leader **Chuck Schumer**, gave $550,000 to "Never Trump" GOP group **The Lincoln Project** on Oct. 30. **Majority Forward**, the nonprofit group affiliated with SMP, also gave $650,000 to The Lincoln Project in mid-October, after previously donating to the group.

— And the RNC doled out more than $300,000 in October to a company owned by **Donald Trump Jr.** to purchase copies of his self-published book, a sum **The Daily Beast's Lachlan Markay** reports "was the largest single payment—out of more than 700—that the committee has ever reported for donor 'mementos' or 'gifts,'" according to FEC filings. The RNC book buy was three times more expensive than the committee reportedly paid to buy copies of Trump Jr.'s first book.

**PPP DATA PUTS PRESSURE ON PROGRAM REVAMP:** "The Trump administration's latest revelation that large companies obtained billions of dollars in emergency loans intended for small businesses is spurring lawmakers to tighten up a key payroll support program in the next round of economic relief," our Zach Warmbrodt reports. The renewed pressure comes after the SBA released data on the millions of businesses that took Paycheck Protection Program and Economic Injury Disaster loans during the coronavirus pandemic. The data "show that about a third of the $520 billion in Paycheck Protection loans were doled out in big amounts — ranging between $1 million and $10 million — that went to only 1.6 percent of the nearly 5.2 million borrowers."

**NAMING NAMES:** Tuesday's unsealed court filing that disclosed a federal investigation into a potential bribe-for-pardon scheme involving the White House — and possible related lobbying violations — involved former **RNC** deputy finance Chair **Elliott Broidy** and **Abbe Lowell**, a lawyer for presidential son-in-law **Jared Kushner**, **The New York Times**' Michael Schmidt, **Ken Vogel, Katie Benner** and **Adam Goldman** report.

— "A billionaire real estate developer from the San Francisco area, **Sanford Diller**, enlisted their help in securing clemency for a Berkeley psychologist, **Hugh L. Baras**, who had received a 30-month prison sentence on a conviction of tax evasion and improperly claiming Social Security benefits, according to the filing and the people familiar with the case. Under the suspected scheme, Mr. Diller would make 'a substantial political contribution' to an unspecified recipient in exchange for the pardon." Diller died in February 2018, and Baras was released from prison in 2019, without receiving clemency. But the effort to do grant him clemency involved someone approaching the White House Counsel's Office to "'ensure' that the 'clemency petition reached the targeted officials,' according to the court documents. They did not say who made the contact or how the White House responded."

— A lawyer for Lowell said that no bribe was ever paid, calling the rampant speculation "much ado about precious little" and a lawyer for Broidy, who pleaded guilty in October for conspiring to violate FARA, told the Times "his client had played only a small role in the matter and … that his client did nothing wrong."

**UNCEREMONIOUS GOODBYES: "**Several members of the Defense Business Board were fired on Friday, marking the latest effort by the Trump administration to clean out the Pentagon in the final weeks of his term," our **Jacqueline Feldscher, Lara Seligman** and Daniel report. The board is made up of more than a dozen industry and academic leaders including **Michael Bayer**, the CEO of consulting firm **Dumbarton Strategies** and **Steve Blank**, an adjunct professor of engineering at **Stanford University**, who volunteer to provide independent business advice to Pentagon leadership and are appointed by top Pentagon leaders. "Members of the board received a brief email from **Joshua Whitehouse**, the White House liaison to the Department of Defense, that simply said, 'if you are receiving this e-mail, your membership on the Defense Business Board has expired or is coming to an end.'"

**JOIN THE CONVERSATION, SUBSCRIBE TO "THE RECAST"**
Power dynamics are shifting in Washington, and more people are demanding a seat at the table, insisting that all politics is personal and not all policy is equitable. "The Recast" is a new twice-weekly newsletter that breaks down how race and identity are recasting politics, policy and power in America. Get fresh insights, scoops and dispatches on this crucial intersection from across the country and hear from new voices that challenge business as usual. Don't miss out on our latest newsletter, SUBSCRIBE NOW. Thank you to our sponsor, Intel.

**AND PARTING GIFTS:** "With the clock running out on his presidency, Donald Trump has rewarded some of his top fundraisers with plum federal positions that will outlast his single term in office," The Daily Beast's Markay reports. "The White House announced on Thursday that Trump had appointed lobbyist **Brian Ballard** to the board of the John F. Kennedy Center for the Performing Arts, and **Jeff Miller**, also a prominent lobbyist, to the United States Holocaust Memorial Council. Both men were high-dollar fundraisers for the president's reelection. Miller reported 'bundling' more than $3.5 million for **Trump Victory**, the joint fundraising account that housed the Trump campaign and Republican National Committee field operation. Ballard raised nearly $600,000 for Trump Victory."

**NEW BUSINESS:** A trade organization promoting the chemical ethylene oxide, which is used to sterilize medical equipment and fumigate spices, and is also emitted from major petrochemical facilities, hired its first lobbyists just weeks after the EPA unexpectedly released a draft risk evaluation as part of its pesticide registration program. The **Ethylene Oxide Sterilization Association** hired **HillStaffer**'s **Keith Belton** and **Peter Molinaro**, both alumni of **Dow Chemical,** to lobby on the "safe use and regulation" of the gas for sterilization. EPA's independent Integrated Risk Information System found in 2014 that ethylene oxide was linked with breast cancer, leukemia and other ailments at extremely low levels of exposure, findings that the industry vigorously fought. The agency's new assessment "lays out a variety of approaches to evaluating the chemical's risk, including one from industry and one from the state of Texas that concluded that ethylene oxide is safe at levels more than 3,000 times higher than IRIS found," our Energy Regulation Watch reported.

Meanwhile **Crossroads Strategies** signed the voting rights group **Brennan Center for Justice** to lobby on "matters related to civil rights, civil liberties, election integrity, election security, and government issues," as well as the House Democrats' election reform and voting rights bills, according to a disclosure filing. **Tripp** and **Jennifer Baird** of **Off Hill Strategies**, who registered last month to represent the **Embassy of Saudi Arabia**, are looking to glean insight on Congress' year-end spending push, according to a disclosure filing.

**JOBS REPORT**

— **Ronald "RJ" Karney, Jr.** is joining the **National Association of State Departments of Agriculture** as senior director of public policy, the group announced Thursday. Karney was previously director of congressional relations at the **American Farm Bureau Federation**.

### NEW JOINT FUNDRAISERS

None.

### NEW PACS

RelationPAC Inc (Super PAC)
RelationPAC (Super PAC)
Veterans for Gun Reform (Super PAC)

---

**TUNE IN TO GLOBAL TRANSLATIONS:** Our Global Translations podcast, presented by Citi, examines the long-term costs of the short-term thinking that drives many political and business decisions. The world has long been beset by big problems that defy political boundaries, and these issues have exploded over the past year amid a global pandemic. This podcast helps to identify and understand the impediments to smart policymaking. Subscribe and start listening today.

---

### NEW LOBBYING REGISTRATIONS

Cardinal Infrastructure, LLC: Des Moines Area Regional Transit Authority (DART)
Crossroads Strategies, LLC: Brennan Center for Justice
Downs Government Affairs: Bacone College
Downs Government Affairs: Dillard University
Downs Government Affairs: Howard Community College
Downs Government Affairs: Kansas City Kansas Community College
HillStaffer, LLC: The Ethylene Oxide Sterilization Association, Inc
Hogan Lovells US LLP: Delta Offshore Energy Pte Ltd
Husch Blackwell Strategies: Pathfinder International
Isaac Evans-Frantz: Center for Economic and Policy Research
Neale Creek, LLC: Agricultural Scientific, LLC
Off Hill Strategies L.L.C.: Embassy of the Kingdom of Saudi Arabia
Starzyk & Associates, LLC: Pueblo of San Felipe
Starzyk & Associates, LLC: The Setter Group
The Tolman Group: Sholam Weiss
Tides Group, LLC: AM General LLC
Tides Group, LLC: Applied Research Associates, Inc.
Tides Group, LLC: Frequency Therapeutics, Inc.

Tides Group, LLC: SIGA Technologies, Inc.
Turnberry Solutions, LLC: Transit Labs
W Strategies, LLC: Vir Biotechnology, Inc.

**NEW LOBBYING TERMINATIONS**

DTB Associates LLP: Cbsfa - Central Bering Sea Fishermen'S Association
DTB Associates LLP: City Of Saint Paul Island, Alaska
DTB Associates LLP: Golden Harvest Alaska Seafood LLC
Ballard Partners: Inventure Holdings, LLC

**FOLLOW US**

   

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

© 2021 POLITICO LLC



 

| Top Stories | Governor | Senate | Congress | Harrisburg | Features | | |

## Center For American Greatness/Insider Advantage Poll: Trump 48.7, Biden 47.4

*Written by John Cole, Managing Editor*

President Donald Trump holds a slight edge over former Vice President Joe Biden in Pennsylvania, according to polling commissioned by this conservative website.



An Insider Advantage phone poll commissioned by the Center for American Greatness of likely voters in the state shows Trump leading Biden by just over 1 point, 48.7%-to-47.4%, while 1.3% said they would vote for Libertarian presidential candidate Jo Jorgenesen, and 2.6% are undecided.



According to analysts at FiveThirtyEight, Insider Advantage has an overall B- grade. NPR describes the Center for American Greatness as a "conservative website."

This latest poll shows Biden cutting into Trump's lead in the state in comparison to their previous poll released on Oct. 26. In that poll, Trump led Biden by just under 3 points, 48.4%-to-45.5%.

This overall poll, surveying 500 likely Pennsylvania voters, collected data between Oct. 30-31, has a margin of error of +/-4.4%.

The polling can be found here.

While this latest poll shows Trump with a narrow edge, a majority of polls conducted in October show Biden with a several point advantage.

A previous New York Times/Siena College poll of likely voters released in early-October showed Biden carrying a 7 point lead over Trump, 49.-to-42. A CBS poll conducted by YouGov released one day after the NYT/Siena College poll also shows Biden leading Trump by 7 points, 51-to-44, among likely voters. A Monmouth University shows the former VP leading the president by 12 points, 54.-to-42, among registered voters in the state. An Emerson College poll of likely voters showed Biden leading Trump by 5 points, 50.-to-45, in the state. A Baldwin Wallace University Great Lakes poll, in partnership with Oakland University and Ohio Northern University, shows Biden leading Trump by just over 5 points, 49.6%-to-44.5%. 51% of likely voters in the state back Biden in the state, while 46% support Trump, according to The Hill/HarrisX polling. A Rasmussen Reports survey of likely voters shows Biden leading Trump by 5 points, 50%-to-45%, in the state. A Quinnipiac University poll of likely voters in the state released on Oct. 21, showed Biden leading Trump by 8 points, 51%-to-43%. A CNN/SSRS poll

*Poll*

**Reader Poll: Who Should Republicans Nominate for Governor in 2022?**

of likely voters also released on Oct. 21 showed Biden leading Trump by 10 points, 53%-to-43%. A Fox News poll of likely voters in the state showed Biden leading Trump by 5 points, 50%-to-45%. A CNBC/Change Research poll shows Biden leading by just 2 points, 49%-to-47%, among likely voters in the state. A Morning Consult poll of likely voters in the state showed Biden leading Trump by 9 points, 52%-to-43%. A Morning Call/Muhlenberg College poll of likely voters released on Oct. 23 showed Biden leading Trump by 7 points, 51%-to-44%, in the state. A Gravis marketing poll of likely voters in the state showed Biden leading Trump by 7 points, 51%-to-44%, in the state. Polling also released on Monday from the Elections Research Center at the University of Wisconsin-Madison conducted by YouGov in collaboration with the Wisconsin State Journal showed Biden leading Trump by 8 points, 52%-to-44%. A Reuters/Ipsos poll released on Monday shows Biden leading Trump by 5 points, 50%-to-45%, among likely voters in the state. A Trafalgar Group poll showed Trump leading Biden by less than 1 point, 48.4%-to-47.6%, among likely voters in the state. A Civiqs/DailyKos poll of likely voters shows Biden leading Trump by 7 points, 52%-to-45%, among likely voters in the state. A Franklin & Marshall College poll released on Oct. 28 showed Biden carrying a 6 point lead over Trump, 50%-to-44%, among likely voters in the state. A third Quinnipiac University poll released this month on Oct. 28 showed Biden leading Trump among likely voters in the state by 7 points, 51%-to-44%. Biden holds a 5 point lead over Trump, 50%-to-45%, among registered voters in the state, according to a Univision/University of Houston poll. A PoliticalIQ poll conducted by Scott Rasmussen showed Biden leading Trump by 6 points, 51%-to-45%, among likely voters in the state. A second The Hill/Harris polling released in late-October showed Biden leading Trump by 5 points, 51%-to-46%, among likely voters in the state. A second Morning Call/Muhlenberg College poll released on Oct. 31 showed Biden leading Trump by 5 points, 49%-to-44%, in the state. A Washington Post/ABC News poll released on Sunday showed Biden with a 7 point advantage, 51%-to-44%, among likely voters in the state. A New York Times/Siena College poll released on Sunday shows Biden ahead of Trump by 6 points, 49%-to-43%, among likely voters in the state. An Emerson College poll released on Sunday shows Biden leading Trump by 4 points, 50%-to-46%, among likely voters in the state.

Biden's largest lead in October public polling comes from the Quinnipiac University poll released on Oct. 7 that showed the former VP leading the president by 13 points, 54-to-41, among likely voters in the state. An AtlasIntel poll of likely voters in the state released on Oct. 31 showed Trump with a 1 point lead over Biden, 49.6%-to-48.5%.

One other poll from a conservative website showed Trump in the lead, while another GOP friendly poll and two Democratic backed polls released this month showed Biden with an advantage in the state, although the margin varied by the pollster.

An Insider Advantage phone poll commissioned by the Center for American Greatness, a conservative website, of likely voters in the state released this week shows Trump leading Biden by just under 3 points, 48.4%-to-45.5%. A Trafalgar Group poll commissioned by Restoration PAC, a conservative super PAC founded by Doug Traux, a one time GOP Senate hopeful in Illinois, showed Biden leading Trump by 1 point, 47.5%-to-46.4%, among likely voters in the state. A Public Policy Polling survey commissioned by American Bridge, a Democratic super PAC, showed Biden leading Trump by 5 points, 51%-to-46%, in the state. A Public Policy Polling survey commissioned by Climate Power 2020 shows Biden leading Trump by 7 points, 52%-to-45%, in the state.

The Real Clear Politics Average shows Biden besting Trump by 4.3 points in Pennsylvania.

November 1st, 2020 | Posted in Front Page Stories, Poll, Presidential, Top Stories | 2 Comments

# 2 thoughts on "Center For American Greatness/Insider Advantage Poll: Trump 48.7, Biden 47.4"

MARCEL'S GHOST says:   **November 2, 2020 at 4:32 pm**

LMMFFAAAOOOOOOOOO!!!!!!!!!!!!!!!!!

Someone else (46%)

G.T. Thompson (13%)

Pat Toomey (13%)

Mike Turzai (9%)

Camera Bartolotta (9%)

Jim Cawley (5%)

Guy Reschenthaler (3%)

Jake Corman (1%)

Bill McSwain (1%)

## Archive

- March 2021
- February 2021
- January 2021
- December 2020
- November 2020
- October 2020
- September 2020
- August 2020
- July 2020
- June 2020
- May 2020
- April 2020





FormerGOPer says:   **November 2, 2020 at 10:22 am**

This pollster is garbage. Trump is going to lose Pennsylvania by 5+.

Best way to prove polls wrong is to vote. Vote Democratic up and down the ticket. Protect the United States from the terribly unethical cowards called the modern Republican party.

Comments are closed.





**The New York Times** | https://www.nytimes.com/2019/05/16/us/politics/abortion-republicans-democrats.html

# Republicans' Messaging on Abortion Puts Democrats on the Defensive

**By Jeremy W. Peters**

May 16, 2019

WASHINGTON — With grisly claims that Democrats promote "birth day abortions" and are "the party of death," the Republican Party and its conservative allies have aggressively reset the terms of one of the country's most divisive and emotionally fraught debates, forcing Democrats to reassess how they should respond to attacks and distortions that portray the entire party as extremist on abortion.

The unusually forceful, carefully coordinated campaign has created challenges that Democrats did not expect as they struggle to combat misinformation and thwart further efforts to undercut access to abortion. And advocates of abortion rights fear it is succeeding in pressuring lawmakers in more conservative states to pass severe new restrictions, as Alabama did this week by approving a bill that would essentially outlaw the procedure.

These new measures, combined with the likelihood that the Supreme Court will agree to take up at least one case in the coming months where Roe v. Wade will be tested, have stirred intense passions on both sides and elevated abortion into a prominent issue in the presidential race.

*[Make sense of the people, issues and ideas shaping American politics with our newsletter.]*

Much to the distress of abortion rights supporters, their own polling is showing that the right's message is penetrating beyond the social conservatives who make up a large part of the Republican base. Surveys conducted for progressive groups in recent weeks found that more than half of Americans were aware of the "infanticide" claims that President Trump and his party have started making when describing abortions that occur later in pregnancy.

Initially, many Democrats and abortion rights groups believed that the notion was so absurd that it was not worth responding to it. But they discovered that was a dangerous assumption to make in an information environment dominated by Mr. Trump.

"Sometimes there is a temptation to let the absurdity stand on its own, but we have to recognize that this is a different time," said Dr. Leana Wen, the president of Planned Parenthood. "He's deliberately conflating infanticide with abortion late in pregnancy. And it's important that we as doctors and health care providers explain the extremely rare and devastating circumstances of abortion later in pregnancy."

Mr. Trump is using the issue to rouse his base, including the crucial voting bloc of Christian conservatives for whom abortion is an overarching issue. His false statements that Democrats would "execute" newborn babies — which he has repeated on his Twitter feed, during his State of the Union address and at campaign rallies, sometimes as he mimics swaddling a baby — are being picked up and repeated by conservatives all over the country.

Activists in the anti-abortion movement, who during previous Republican administrations were left to drive their messages with far more measured public support from the White House, have welcomed the president's approach as refreshing, saying it has infused them with new purpose and perspective.

"For too long we cowered to the side and were not able to fight back," said Diana Banister, a Republican consultant who works on social conservative causes. "We were told: 'We can't say that. That's too harsh.'"

Facebook ads from Restoration PAC and the Susan B. Anthony List targeted Democrats
using inflammatory, and sometimes false, language to describe their position on abortion.

"No," she added, "we're defining what they believe."

Mr. Trump's rhetoric has caught on in Congress and state legislatures, and with candidates running for office in states like North Carolina and Wisconsin, and it is drawing Democrats into a difficult debate over abortions that occur in the second and third trimesters, which make even some self-described pro-choice Americans uncomfortable.

What is new about Republican attacks is that they have presented the extremely rare circumstance of ending a far-along pregnancy — terminations after 24 weeks make up less than 1 percent of all abortions — in a way that abortion rights groups say leaves a false but evocative impression: that women who are about to deliver a healthy baby are asking for and receiving abortions, and that Democrats support that.

The right is also vastly outspending Democrats on digital advertising on the issue, devoting hundreds of thousands of dollars so far this year on targeted Facebook campaigns that are reaching voters in battleground states.

An array of outside groups are involved. There are traditional anti-abortion organizations like the Susan B. Anthony List, which is advertising against Democrats who picked up Republican-held seats in the 2018 midterm elections. And there are newer players like Restoration PAC, which has been funded with large contributions from Dick Uihlein, a Midwestern businessman who often underwrites controversial candidates and causes.

One of Restoration PAC's recent Facebook ads featured pictures of six Democratic senators who are running for president and attacked them as the "Party of Death" for their votes against legislation that would further regulate abortion in the later stages of pregnancy; the senators, like others who voted against it, said the legislation was unnecessary, containing redundant provisions to protect babies if they were born alive during an abortion.

"If nobody pushes back," the ad said, "Life will not be cherished. Its destruction will be reclassified as a Planned Parenthood revenue source."

Candidates, state Republican Parties and the National Republican Congressional Committee are also using the messaging. A Facebook ad from Dan Bishop, a Republican running for an open House seat in North Carolina, who won his party's nomination in a primary race on Tuesday, said he was proud to have cast the deciding vote "to end infanticide in North Carolina."

Abortion rights groups are not absent from the online advertising wars, but they are playing catch up in messaging and spending.

"They're out there, but it's always a disadvantage to be on the defense," said Tara McGowan, chief executive of Acronym, a progressive firm that tracks online spending and messaging.

"There are just so many groups on the right running on this," she added, "and further defining these issues on their terms while Democrats are left to react."

President Trump has said that Democrats would "execute" newborn babies during speeches on the campaign trail and during his State of the Union address.  Doug Mills/The New York Times

As abortion rights supporters assess their current situation, many say they made an initial mistake by trying to answer questions based on implausible and often outright false premises.

A more persuasive way to talk about the issue, said Dr. Wen of Planned Parenthood, is to explain that abortions that occur far into pregnancy are not done on healthy mothers but because of serious medical complications discovered late in the pregnancy.

"These are families that have assembled a crib, picked out little clothes and put them into little drawers and had baby showers when they've received the most devastating news of their lives," she said.

As some states have moved to liberalize their abortion laws while also setting limits, Republicans have homed in on the provisions that regulate the procedure later in pregnancy. New York, for example, passed a law that allows for termination after 24 weeks but only if the life or health of the mother is at risk or there is an absence of fetal viability. In his State of the Union address in February, Mr. Trump glossed over those limits, saying it would allow a baby to be "ripped from the mother's womb moments from birth."

An appearance by Senator Bernie Sanders on Fox News illustrated the difficulties Democrats have had in discussing the issue as Republicans have reframed the debate squarely on their turf. The moderator, Martha MacCallum, asked the senator, "Do you believe that a woman should be able to terminate a pregnancy up until the moment of birth?"

Mr. Sanders responded, "I think it's rare, it's being made into a political issue, but at the end of the day I believe that the decision over abortion belongs to a woman and her physician, not the federal government, not the state government, and not the local government."

*[Read more: Female presidential candidates have charged into the fight over abortion.]*

His position was one that women's groups have adopted for decades: That decisions about abortion are a woman's personal choice. But that language is not useful when conservatives have made the conversation more extreme, said Celinda Lake, a Democratic pollster.

"The initial response from a lot of well-meaning politicians was one of two things," Ms. Lake said. "It was the language around personal decision making and Roe v. Wade, or it was the language around late abortions. And that's just not sufficient for addressing infanticide and abortion survival and these kinds of new frames."

"Whoever sets the frame," she continued, "wins the debate."

The debate is still very much an open one. But it may come down to what Americans find more persuasive: the kind of nuanced explanation and argument abortion rights supporters are making, or a searing, one-word label like "infanticide."

"Democratic politicians constantly misunderstand the disconnect between their position and where the American people are," said Charmaine Yoest, a vice president at the conservative Heritage Foundation, who was formerly president of Americans United for Life.

"People want abortion restrictions," added Ms. Yoest, who recently left a job in the Trump administration. "And the more you reveal about the other side's extremism, the more people say, 'Wait a minute, I don't support that.'"

Please Sign In and use this article's on page print button to print this article.

GOVERNMENT & REGULATIONS

# Uline CEO Dick Uihlein catapults to top contributor for conservative political action committees

By Rich Kirchen
Senior Reporter, Milwaukee Business Journal
Oct 3, 2019

Politically conservative Dick Uihlein, CEO of Pleasant Prairie-based Uline Inc., ascended near the top of the list of American individuals contributing money to political action committees — trailing only the likes of Democratic mega-donors George Soros and Tom Steyer.

Uihlein contributed more than $5 million from Jan. 1 through June 30 to political action committees, according to new data compiled by Milwaukee Business Journal parent company American City Business Journals. Those contributions made him the largest conservative donor among individuals nationally who contributed more than $500,000 during the period.

Uihlein is known in Wisconsin and nationally as a major supporter of Republican candidates and conservative causes but has catapulted to a higher profile in recent years.

In 2015, Uihlein and his wife, Elizabeth, gave $2.5 million to then-Wisconsin Gov. Scott Walker's super PAC for Walker's presidential run. In 2018, Uihlein single-handedly provided cash to keep Kevin Nicholson's campaign alive for U.S. Senate in Wisconsin against the ultimate Republican primary winner, former state Sen. Leah Vukmir.

The Uihleins attracted notice from the national news media during the 2018 midterm elections. Politico said they were "the biggest Republican donors" for the midterms and The New York

Times called them "The most powerful conservative couple you've never heard of."

Dick Uihlein is co-founder and CEO of Uline Inc. and Elizabeth Uihlein is president.

The company ranked 20th on the latest Milwaukee Business Journal largest Milwaukee-area private sector employers list with 2,720 southeast Wisconsin employees. Uline is a rapidly growing distributor of shipping, industrial and packaging materials that sponsors a stage at Milwaukee Summerfest.

Steyer topped the list with contributions of more than $17 million, according to the American City Business Journals data.

Donald Sussman, who OpenSecrets described as a Maine financier, contributed more than $7 million to Democratic candidates and groups. Hedge fund tycoon Soros is a Democratic supporter and contributed $5.1 million toward his Democracy PAC.

Dick Uihlein's largest contribution was $2.54 million to the Club for Growth Action committee. Club for Growth Action says it supports candidates who adhere to principles of limited government and economic freedom.

Uihlein contributed $1 million to the Restoration PAC that targets candidates who are Democrats and liberals.

He gave $500,000 to America First PAC, which plans to target swing election states with polling, voter registration and focus groups, according to CNBC.

Americas PAC, which also is conservative, received $500,000 from Uihlein. He also contributed $250,000 each to Susan B. Anthony List, an anti-abortion organization, and an affiliated political action committee, Women Speak Out PAC.

Joining Dick Uihlein on the national list of contributors over $500,000 is Elizabeth Uihlein. She contributed $500,000 to America First Action and $5,000 to the Lead Encourage Elect PAC.

Dick Uihlein easily out-contributed the second-ranked
individual conservative contributor on the American City
Business Journals list: Home Depot co-founder Bernie Marcus
of Atlanta, who gave more than $3.5 million.

Marcus' largest contributions were $2 million to the Senate
Leadership Fund for Republicans and $753,900 to the Take
Back the House 2020 fund that also supports Republicans.
Marcus' wife Billi contributed a total of $1 million during the
period to Take Back the House 2020.

By Rich Kirchen
Senior Reporter, Milwaukee Business Journal
Oct 3, 2019

By Rich Kirchen
Senior Reporter, Milwaukee Business Journal
Oct 3, 2019

**RELATED CONTENT**

Uline plans 1.1 million-square-foot distribution center in
Kenosha

Uline leasing 300,000 square feet of storage space in Pleasant
Prairie

Summerfest reveals new Uline stage details

Uline preps to build second large Kenosha distribution center

# The Detroit News

POLITICS

# GOP group already spending nearly $1 million against Peters in U.S. Senate race

**Craig Mauger** The Detroit News
Published 6:14 p.m. ET Nov. 1, 2019 | **Updated 11:40 p.m. ET Nov. 1, 2019**

The 2020 election may still be a year away, but big spending in Michigan's U.S. Senate race has begun.

A super political action committee tied to a major Republican donor disclosed Friday spending nearly $1 million on ads against incumbent U.S. Sen. Gary Peters, a Bloomfield Township Democrat who is up for re-election in 2020.

The group called Restoration PAC reported spending $879,294 on television advertising and $100,000 on digital advertising about Peters, according to a disclosure. The group's ads were slated to begin running in the Detroit, Flint and Grand Rapids markets on Friday, according to filings with the Federal Communications Commission.

Super PACs are groups that are supposed to work independently of candidates and can raise unlimited amounts of money from donors and corporations.

The attacks against Peters won't work, said Peters for Michigan Campaign Manager Dan Farough in a press release, .

"We always knew the out-of-state special interests who think they can buy a Senate seat would come in to attack a leader like Gary but Michiganders know the facts," Farough said. "Gary is ranked as one of the most effective and bipartisan Democrats in the U.S. Senate because he works with anyone to deliver results for Michigan.

Restoration PAC raised a little over a $1 million over the first six months of the year, according to filings with the Federal Election Commission. Almost all of it came from Richard Uihlein, an Illinois businessman who co-founded Uline, a shipping supplies company.

A 2018 story in Politico labeled Uihlein "the biggest Republican megadonor you've never heard of."

An ad posted on the PAC's website criticizes Peters' stance on the Green New Deal, a resolution that calls for the United States to drastically reduce its reliance on fossil fuels with a goal of achieving net-zero carbon emissions by 2050.

"Gary Peters says, 'There are many aspects of the Green New Deal I support,'" the Restoration PAC ad says. "Is it the new 1.4 million fewer jobs you support or the part where we abolish gasoline cars or airplanes or red meat?"

The ad concludes, "Hey Gary, tell us more about what you like about the Green New Deal."

The Peters campaign called the ads misleading, noting that Peters voted "present," not yes or no, when the resolution went before the U.S. Senate in March 2019.

"What we should be doing is having a thoughtful debate on the need to address a significant threat to our country," Peters said on the Senate floor, calling the vote a "political stunt."

In April, Peters said he supports parts of the Green New Deal but declined to back the plan.

In 2020, Peters is running for a second six-year term in the U.S. Senate and faces a challenge from Republican businessman John James of Farmington Hills. James lost to incumbent Sen. Debbie Stabenow, D-Lansing, in 2018 by 6.5 percentage points. The biggest outside spender in that race was the Michigan Republican Party at $1.5 million.

Peters had a cash advantage at the end of the July-September quarter with $6.3 million in cash, compared with $3.8 million for James. But the Iraq War veteran raised $3 million to Peters' $2.5 million in the third quarter.

As Republicans look to maintain control of the U.S. Senate, Peters will be one of two Democratic U.S. senators running for re-election in states that President Donald Trump won in 2016.

*cmauger@detroitnews.com*

*(517) 371-3662*

 

Menu 🔍 Quick links...

Watch

ADVERTISEMENT

NEWS > **MONTANA POLITICS**

# Outside-group spending in Montana's U.S. Senate race approaching $21 million

By: Mike Dennison

*Posted at 9:16 AM, Oct 10, 2018 and last updated 2018-10-10 11:18:32-04*



Outside-group spending in Montana's U.S. Senate race approachi...

HELENA – Outside money continues to pour into Montana's U.S. Senate race, including more than $4 million the past week or so – pushing the total to nearly $21 million, through last Friday.

In the 10 days ending last Friday, four groups reported spending more than $2.6 million to attack Democratic U.S. Sen. Jon Tester, with TV ads, digital ads and mailers.

A Super-PAC affiliated with President Trump, America First Action, reported spending the most money to go after Tester in that period, at $1.37 million.

The other groups spending against Tester in recent days include Restoration PAC, which is funded primarily by Illinois billionaire Richard Uihlein, Americans for Prosperity and the Club for Growth.

On the other side, Majority Forward, a group affiliated with Democratic leadership in the U.S. Senate, reported spending $1.2 million on ads attacking Tester's Republican opponent, Matt Rosendale.

New American Jobs Fund, a left-leaning group, also pitched in $325,000 last week on mailers and voter canvassing to assist Tester.

Through last Friday, about $13 million has been spent by outside groups to assist Rosendale or attack Tester. Nearly $8 million has been spent by various groups to assist Tester or attack Rosendale.

- *Reported by Mike Dennison*

Copyright 2021 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Sign up for the **Rebound Newsletter** and receive up to date information.

| E-mail | Submit |

CURATION BY                    |

Sponsored

**The Celebrities Who Have Been Banned For Life From SNL**
Definition

https://www.wvgazettemail.com/news/politics/out-of-state-super-pacs-drop-nearly-4-million-on-wv-gop-senate-primary/article_e5f0b305-5260-5466-a09b-a72138734a2a.html

## Out-of-state super PACs drop nearly $4 million on WV GOP Senate primary

By Jake Zuckerman Staff writer
May 1, 2018



Republican Senate candidates Don Blankenship (left), Evan Jenkins and Patrick Morrisey

Super PACs with tangential ties to West Virginia have poured just shy of a collective $4 million into the state's Republican Senate primary.

With the May 8 election in sight, that number is expected to spike in the coming week.

The two biggest players — "Mountain Families PAC" and "Duty and Country PAC" — both appear to have roots with the national Republican and Democratic parties, respectively, making for a dizzying blitz of spending from the Washington, D.C., metro area.

Both of those groups changed their filing frequency last month with the Federal Election Commission from quarterly to monthly. This technical change shields them from disclosing the sources of their funding until after the primary.



Mountain Families PAC is the largest outside benefactor in the primary thus far. It has pumped roughly $1.33 million in advertising into the race, all against former Massey Energy Co. CEO Don Blankenship. Blankenship spent a year in prison after being convicted of conspiring to violate mine health and safety standards. Massey owned and operated the Upper Big Branch Mine prior to its 2010 underground explosion that killed 29 miners.

The organization's treasurer, Ben Ottenhoff, works for a political firm tied to the National Republican Congressional Committee. He previously served as the NRCC's assistant treasurer, and he established a similar group supporting then-Sen. Luther Strange, R-Ala., in his failed 2017 primary election bid against Roy Moore. Ottenhoff's name also has popped up in similar groups in other Senate races around the country.

FEC filings from Mountain Families list its address as a post office box outside Arlington, Virginia, a D.C. suburb.

The next biggest spender, Duty and Country, has put about $1.26 million into the primary. More than $1.2 million of that money targets Jenkins, while the other $47,811 targets West Virginia Attorney General Patrick Morrisey.

Duty and Country's treasurer is Booth Goodwin, a former U.S. attorney for the Southern District of West Virginia. Goodwin successfully led the Blankenship prosecution team.

The group shares a Washington, D.C., address with the Senate Majority PAC, a national Democratic super PAC.

Another group, 35th Inc. PAC, has put $840,000 into campaign advertising, all supporting Morrisey or opposing Jenkins.

It lists a Morgantown address as its headquarters. Of the $1.19 million it has raised this cycle, just $500 of it came from one West Virginian.

35th's biggest donors include Richard Uihlein who has given $500,000 and whom The Washington Post recently dubbed "one of the most powerful — and disruptive — GOP donors in the country"; Bernard Marcus, co-founder of Home Depot, who kicked in $250,000; C. Boyden Gray, an attorney and former White House counsel to President George H.W. Bush, who gave $100,000; and Koch Industries, the company run by the Koch brothers, who have become household names at the intersection of money and politics, which gave $60,000.

Lastly, Restoration PAC, based out of Downers Grove, Illinois, has put more than $520,000 into the race running ads supporting Morrisey. Uihlein has contributed millions to its efforts, as well.

Reach Jake Zuckerman at jake.zuckerman@wvgazettemail.com, 304-348-4814 or follow @jake_zuckerman on Twitter.

Jake Zuckerman
Politics Reporter

44° 34° 39°

ADVERTISEMENT



# FOX 11 Investigates GOP targeting Sen. Baldwin's seat

by Mark Leland, FOX11 Investigates

, July 24th 2017

A**A**

*Search Site*



*Sen. Tammy Baldwin, D-WI, talks with supporters at a Democratic barbecue in early July in Appleton (Photo: Mark Leland/WLUK)*

APPLETON (WLUK) -- Even though it's not an election year you may have noticed political ads popping up everywhere. A key target of the ads is U.S. Sen. Tammy Baldwin, D-Wisconsin.

Republicans are already eyeing her seat in the Senate. She's up for re-election next year.

The attack ads are already playing on television, radio and the internet.



ion PAC | Tammy Baldwin's Ra    44˚    34˚    39˚

*Search Site*

- **Restoration PAC ad attacking Sen. Tammy Baldwin**

Six months ago, the Super PAC Restoration PAC started running the ads. Various PACs have raised millions of dollars to target Baldwin. And the election is still 16 months away.

Baldwin hasn't officially announced her re-election bid just yet. But she's been holding private and public events to generate support. So voters can fully expect her to be on the ballot next year.

FOX 11 Investigates asked Baldwin straight up, "Running for re-election?"

"Well yes, but there's a bigger purpose," said Baldwin.

FOX 11 Investigates caught up with Baldwin at a campaign event in Appleton during the Senate's Fourth of July recess. She was there to rally the Democratic troops that are forming to push her re-election bid.

"I agree the engagement is needed more than ever," said Baldwin. "But it's really around the issues and around the fact that the powerful, the wealthy are really able to rig the system. And there's a situation in Washington

, the 24/7 news cycle that people

44°     34°     39°

"We're all going to be mobilizing and helping her to get re-elected," said Lee Snodgrass who heads up the Democratic Party in Outagamie County. Snodgrass admits last year's elections that saw big wins for Republicans caught them sleeping a bit. But not in 2018.

"No, I think what we Democrats can firmly say after the last election is that we don't take anything for granted. So we are turning it on in the off-year as they say," said Snodgrass.

The campaigning, the attacks -- all before a Republican challenger is even announced.

e's still a lot of time between now and election day," said University of Wisconsin-Green Bay political science professor Aaron Weinschenk.

Weinschenk says the race has started early, and Republicans will have their work cut out for them to unseat an

*Search Site*

"It's going to be an uphill battle but I think it's possible given what's happened here in recent years," said Weinschenk.

Prior to Donald Trump's victory in the state last year, Wisconsin hadn't voted for a Republican for president since Ronald Reagan back in 1984. Wisconsin Republicans say the switch from a blue state to a red state though continues to gain momentum.

"This state, for the past six years you've seen it continue to trend in a rightward direction, continue to have kind of a red shift to it," explained Mark Morgan, executive director of the Republican Party of Wisconsin.

According to Morgan, the party's goal is to capture Baldwin's seat.

"The race is certainly a priority for us," said Morgan.

Morgan points to the attack ads already running by various groups, saying Baldwin is vulnerable.

Baldwin is one of 10 Democrats up for re-election in states like Wisconsin that voted for Trump.

"I think it's a sign to the competitiveness of the race certainly how it's being prioritized both for us here in Wisconsin and nationally," said Morgan.

Morgan points to the investigation into the overprescribing of drugs at the VA Hospital in Tomah. Baldwin's office was criticized for its delayed response after receiving a tip and a government report on the problems.

"Senator Baldwin is not going to be able to run from this issue," said Morgan.

med to correct the VA problems

44°    34°    39°

"First of all, the care of our veterans should never be made into a partisan, politicized issue. That's just wrong," said Baldwin.

And yet it's front and center.

Ads that have been running on television and radio say Baldwin was slow to protect our heroes, raising the question, "why would we vote for her again?"

"I think it's more of a signal that it's going to be an important race rather than saying people are going to r    mber these advertisements," said Weinschenk.

There will definitely be a lot more ads.

In the first six months of this year Baldwin raised $4.7 million.

 *Search Site*

And while there are no Republicans officially running, several names are being tossed around including a couple with money on hand.

**UPDATE: Wednesday July 26, 2017 - Kevin Nicholson announced in a video on social media his run for U.S. Senate in 2018 as a Republican.**

Millionaire businessman Eric Hovde, who ran in the Republican primary in 2012, is said to be considering a run. Also, there's Kevin Nicholson, a businessman, former Marine, and previously registered Democrat. The super PAC, Solutions for Wisconsin, was formed in March to support Nicholson's potential Republican candidacy and reports raising $3.5 million so far.

44°     34°     39°

- Both Republican Party of Wis        xecutive director Mark Morgan and Democratic Party of Wisconsin
  *chairperson Martha Laning weigh in on the Wisconsin Senate 2018 race in video above.*

Democrats say in addition to raising money they are already focusing on the ground game.

"Our goal is we want neighborhood teams in every community in Wisconsin," said Martha Laning, Democratic Party of Wisconsin chairperson. "When neighbor talks to neighbor, what is that worth? That's where our strength is."

"There's no trail I have ever blazed without all of you," Baldwin told supporters at the gathering in Appleton. "And     e only way we're going to persevere both through the thicket of attacks in terms of issues, as well as, persevering through this next election."

The race is on, and both sides expect it will only intensify in the months ahead.

*Search Site*

**MORE TO EXPLORE**

**Utah woman, 39, dies 4 days after 2nd dose of COVID-19 vaccine; autopsy ordered**

**Ice rescue along Lake Winnebago on Saturday**

**Man who killed two men and was fatally shot is identified**

**SPONSORED CONTENT**                          by Taboola

**96-Year-Old Puts Her House For Sale. Look How It Looks Inside**
Your Money Magic | SPONSORED

**Forget the 30yr mortgage if you owe less than $356K. (Do this instead)**
LowerMyBills NMLS#167283; 3306 | SPONSORED

**Former American Idol Judge: How Cutting Out These 3 Harmful Foods Changed My Metabolism**
Unify Health Labs Multi-Metabolic 5 Supplement | SPONSORED

ADVERTISEMENT

**NEWS** › **COLORADO NEWS**

# Republican Darryl Glenn posts big fundraising numbers in Colorado's Senate race, starts TV ads

Democrat Michael Bennet still has more money for final weeks than Republican rival



J. Scott Applewhite, The Associated Press file

Darryl Glenn, Republican candidate for U.S. Senate from Colorado, speaks during the opening day of the Republican National Convention in Cleveland on July 18.

By **JOHN FRANK** | jfrank@denverpost.com | The Denver Post

October 14, 2016 at 6:24 p.m.



Darryl Glenn boasted Friday that he raised more money since July than Democratic U.S. Sen. Michael Bennet.

The Republican contender's campaign posted an impressive $2.8 million haul — exponentially more than the $347,000 total receipts he reported in the first 18 months of his campaign.

Bennet raised $2.2 million in the third fundraising quarter, his campaign reported, bringing his total contributions in the 2016 campaign to $14.4 million.

"Everyone has underestimated Darryl Glenn this election, but these numbers — which show him out-raising a sitting U.S. senator — prove he's not one to back down from a challenge," said Glenn spokeswoman Katey Price.

But even with Glenn's big number, Bennet enters the final weeks of the campaign with more cash in the bank, $3.6 million compared to $1.9 million for Glenn.

The details about how the candidates raised the money remains unclear. Both campaigns are expected to file campaign finance reports by Saturday's deadline.

Bennet began spending his campaign cash on television commercials in April and spent nearly $5 million in the last three months, much of which on advertisements.

Glenn, an El Paso County commissioner, depleted his campaign account in the five-way Republican primary campaign and received a huge boost from outside conservative organizations who allowed him to compete against two millionaire candidates. He took just $60,000 into the general election.

Earlier this week, Glenn's team announced it would spent as much as $600,000 on TV and online advertising that portrays the candidate as an underdog who can fix Washington.



The spending is a drop in the bucket compared to Bennet. But an outside super PAC is coming to Glenn's aid with a sharp-elbowed attack ad on the Democrat for his votes related to national security.

Restoration PAC began running ads Friday and plans to spend $500,000 on statewide cable and Denver broadcast stations.

The attention on the race comes just days before ballots go to Colorado voters. Whether it can shift the momentum in the race remains to be seen. Bennet holds a solid double-digit lead against Glenn based on an average of recent polls.

## Popular in the Community



# Restoration PAC releases TV ad 'Catastrophic' in U.S. Senate race in Wisconsin

NEWS PROVIDED BY
**Restoration PAC →**
Jul 22, 2015, 10:00 ET

---

OAK BROOK, Ill., July 22, 2015 /PRNewswire/ -- Restoration PAC is getting involved in the pivotal U.S. Senate race in Wisconsin with a hard-hitting 60-second TV ad titled "Catastrophic" that spells out the folly of President Barack Obama's nuclear deal with Iran.

YOUTUBE LINK: https://youtu.be/aMiB4pg46Eo

PRESS RELEASE LINK: http://www.restorationaction.com/2015/07/restorationpactvad/

The ad supports Republican incumbent Senator Ron Johnson, who believes the Obama administration fails to understand the dire threat that Iran poses to America and the world.

"History teaches us that weak deals with fanatical regimes bent on destruction of the West are worse than no deals," said Doug Truax, founder and executive director of Restoration PAC and Restoration Action, Oak Brook, IL-based organizations. "America's weakness on the world stage brings us closer to war, not peace. Ron Johnson understands this and Restoration PAC is supporting those who understand our history."

Starting today, the ad is running in the key Wisconsin TV markets of Madison, Milwaukee and Green Bay.

Truax, a 2014 candidate for U.S. Senate in IL, is a West Point and Army Ranger School graduate and successful health care consulting entrepreneur. As a political newcomer, he gained 44 percent of the vote statewide against an established, self-funded candidate and has been described by a cable outlet as one of Illinois' rising political stars.

He said Restoration PAC is focusing its efforts on making sure Republicans maintain control of the U.S. Senate in 2016. He said the PAC plans to get involved in other pivotal Senate races in order to elect conservative candidates who agree with Restoration's Blueprint for the Restoration of America policy agenda.

Producing "Catastrophic" is award-winning ad-maker Rick Reed, who specializes in national security issues and whose Swift Boat Veterans for Truth ad campaign was pivotal in re-electing George W. Bush President in 2004.

Also participating in the project was noted message expert Frank Luntz, whose firm conducted a focus group that found widespread support for Ron Johnson's strong stand for restoring America's security leadership in the world.

The ad's script is below:

**CATASTROPHIC**

IN DANGEROUS TIMES, THE AMERICAN PEOPLE DESERVE THE FACTS.

Iran is the #1 state sponsor of terrorism in the world.

IRAN even played a role in helping the 9/11 killers.

AND Iran's radical Islamist LEADERS HAVE MADE IT CLEAR: THE WORST IS YET TO COME.

Iran is funding terrorism NOT JUST in the Middle East BUT IN Africa, Asia, South America and RIGHT HERE in the United States.

Some of our leaders, like Ron Johnson, understand that preventing Iran from getting the bomb is essential to our safety.

Others, like President Obama, insist on signing a toothless agreement that makes us less safe.

Economist Thomas Sowell said: "Clearing the way for Iran to get nuclear bombs COULD be the most catastrophic decision in human history."

Ron Johnson understands this. Visit RestorationPac.com to support Johnson and leaders like him who will take the action necessary to keep America safe.

Truax said Restoration PAC is raising money to run the ads in other markets in Wisconsin and other states with tightly contested U.S. Senate races.

SOURCE Restoration PAC

Related Links

http://www.restorationpac.com