# EXHIBIT 4







**KB** @The_Real_KB · Oct 22, 2020

So this poll is real but the other 26 polls that say the opposite are fake? Just trying to follow maga logic. It's very stupid and not smart so it takes me a minute.

💬 1

Show replies

**Andrea** @Anvesaka88 · Oct 22, 2020

Replying to @restorationpac @tahDeetz and 8 others

This would be an excellent result. Michigan deserves so much better than its current leadership. I hope, if he wins, that Mr. James stays true to his ideals in the cesspool of DC.

⟲ 2  ♡ 29

**Bruno Vuan** @BrunoVuan · Oct 22, 2020

Replying to @restorationpac @RobertCahaly and 7 others

Any comments on this? Really a huge difference.

💬 4  ♡ 3

Show replies

**Michael Miller** @mikemillerstar · Oct 22, 2020

Replying to @restorationpac @trafalgar_group and 7 others

Gary Peters is winning Michigan's senate race. This phony poll is an outlier.

💬 5  ♡ 8

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up



**KB** @The_Real_KB · Oct 22, 2020

So this poll is real but the other 26 polls that say the opposite are fake? Just trying to follow maga logic. It's very stupid and not smart so it takes me a minute.

💬 1

Show replies

**Andrea** @Anvesaka88 · Oct 22, 2020

Replying to @restorationpac @tahDeetz and 8 others

This would be an excellent result. Michigan deserves so much better than its current leadership. I hope, if he wins, that Mr. James stays true to his ideals in the cesspool of DC.

↻ 2   ♡ 29

**Bruno Vuan** @BrunoVuan · Oct 22, 2020

Replying to @restorationpac @RobertCahaly and 7 others

Any comments on this? Really a huge difference.

💬 4   ♡ 3

Show replies

**Michael Miller** @mikemillerstar · Oct 22, 2020

Replying to @restorationpac @trafalgar_group and 7 others

Gary Peters is winning Michigan's senate race. This phony poll is an outlier.

💬 5   ♡ 8

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up