# EXHIBIT 5

Home   Influence and Lobbying   PACs   Summary

# Restoration PAC PAC Profile

Summary

**NOTE:** This committee is a super PAC.
 View its full profile in our Outside Spending section.

**Spending by Election Cycle**

Select a cycle:

**PAC Summary Data, 2015-2016**

| | |
|---|---:|
| Total Raised | $4,060,949 |
| Total Spent | $3,825,563 |
| Begin Cash on Hand | $0 |
| End Cash on Hand Receipts | $235,386 |
| Debts | $14,219 |
| Independent Expenditures | $2,208,294 |
| Date of Last Report | December 31, 2016 |

**PAC Contribution Data, 2015-2016**

| | |
|---|---:|
| Contributions from this PAC to federal candidates | $0 |
| Contributions to this PAC from individual donors of $200 or more | $3,975,286 |

## PAC Registration Details

| | |
|---:|---|
| Official PAC Name: | **RESTORATION PAC** |
| Location: | OAK BROOK , IL 60522 |
| Industry: | **Republican/Conservative**; Republican/Conservative |
| Treasurer: | GASKILL, SHERRY |
| FEC Committee ID: | C00571588 |

*(Look up the **documents filed at the FEC**)*

*Based on data released by the Federal Election Commission on `October 16, 2017` except for independent expenditure and communication cost, contributions to federal candidates, and contributions from individual donor data, which were released by the Federal Election Commission on `November 27, 2017` .

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info[at]crp.org

Search for a PAC

## We follow the money. You make it possible.

Select an amount to make a donation.

$35

$50

$100

Other

♥ **DONATE TODAY**

## Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

| Email address | SIGN UP |

Follow us on Twitter

Follow us on Facebook

Home   Influence and Lobbying   PACs   Summary

# Restoration PAC PAC Profile

Summary

**NOTE:** This committee is a super PAC.
View its full profile in our Outside Spending section.

**Spending by Election Cycle**



Select a cycle: 2018

**PAC Summary Data, 2017-2018**

| | |
|---|---|
| Total Raised | $9,837,200 |
| Total Spent | $9,201,550 |
| Begin Cash on Hand | $249,605 |
| End Cash on Hand Receipts | $885,254 |
| Debts | $0 |
| Independent Expenditures | $7,344,432 |
| Date of Last Report | December 31, 2018 |

**PAC Contribution Data, 2017-2018**

| | |
|---|---:|
| Contributions from this PAC to federal candidates | $0 |
| Contributions to this PAC from individual donors of $200 or more | $8,243,700 |

**PAC Registration Details**

| | |
|---:|---|
| Official PAC Name: | **RESTORATION PAC** |
| Location: | DOWNERS GROVE , IL 60515 |
| Industry: | Republican/Conservative; Republican/Conservative |
| Treasurer: | GASKILL, SHERRY |
| FEC Committee ID: | C00571588 |

*(Look up the documents filed at the FEC)*

\*Based on data released by the Federal Election Commission on `March 06, 2019` except for independent expenditure and communication cost, contributions to federal candidates, and contributions from individual donor data, which were released by the Federal Election Commission on `June 10, 2019`.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

| Search for a PAC | 🔍 |
|---|---|


USLegalForm



USLegalForm

**Nokia is headed to the Moon**

Find out why a network on the Moon networks here on Earth.

Nokia.com

# We follow the money. You make it possible.

Select an amount to make a donation.

$35    $50

$100

Other

♥ **DONATE TODAY**

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                                                                                                SIGN UP

Follow us on Twitter

Follow us on Facebook

Home   Influence and Lobbying   PACs   Summary

# Restoration PAC PAC Profile

Summary

**NOTE:** This committee is a super PAC.
View its full profile in our Outside Spending section.

**Spending by Election Cycle**



Select a cycle: 2020

**PAC Summary Data, 2019-2020**

| | |
|---|---:|
| Total Raised | $25,107,533 |
| Total Spent | $24,158,040 |
| Begin Cash on Hand | $885,254 |
| End Cash on Hand Receipts | $1,834,748 |
| Debts | $0 |
| Independent Expenditures | $19,777,016 |
| Date of Last Report | December 16, 2020 |

**PAC Contribution Data, 2019-2020**

| | |
|---|---:|
| Contributions from this PAC to federal candidates | $0 |
| Contributions to this PAC from individual donors of $200 or more | $25,046,811 |

**PAC Registration Details**

| | |
|---:|---|
| Official PAC Name: | **RESTORATION PAC** |
| Location: | DOWNERS GROVE , IL 60515 |
| Industry: | Republican/Conservative; Republican/Conservative |
| Treasurer: | GASKILL, SHERRY |
| FEC Committee ID: | C00571588 |

*(Look up the documents filed at the FEC)*

*Based on data released by the Federal Election Commission on `March 30, 2021` except for independent expenditure and communication cost, contributions to federal candidates, and contributions from individual donor data, which were released by the Federal Election Commission on `February 01, 2021` .

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

Search for a PAC

**Out of this world net**

Discover what it tak
to put a network on
Moon.

# We follow the money. You make it possible.

Select an amount to make a donation.

$35

$50

$100

Other

♥ DONATE TODAY

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                                                                 SIGN UP

Follow us on Twitter

Follow us on Facebook