# EXHIBIT 6

Case 1:21-cv-00400-AJT-TCB Document 2-6 Filed 04/06/21 Page 2 of 35 PageID# 337





←   **Tweet**

**Russ Vought**
@russvought

I am pleased to announce the launch of the Center for American Restoration. Check out our vision as laid out in @FDRLST and follow us @AmRestoreCenter for updates. Join us!

How To Lead The United States Into An American Spring
To those asking where we go from here, there must be one conclusion from the right: The counter assault must be sustained. There is no going back.
🔗 thefederalist.com

9:03 AM · Jan 26, 2021 · Twitter Web App

**114** Retweets    **30** Quote Tweets    **275** Likes

**Phil Paule** @philpaule · Jan 26
Replying to @russvought @JimDeMint and 2 others
Thank you for doing this . Middle class nucallar families need a voice.
💬 1    🔁 2    ❤ 5

---

**Search Twitter**

### Relevant people

**Russ Vought**   [Follow]
@russvought
President, Center for American Restoration: @AmRestoreCenter | Former Trump Cabinet, OMB Director | Husband: @MaryVought | Dad | Ephesians 2:4-5, "But God."

**The Federalist** ✓   [Follow]
@FDRLST
A web magazine of culture, entertainment, and politics. Be lovers of freedom and anxious for the fray.

**Center for American …**   [Follow]
@amrestorecenter
For God. For Country. For Community. President @russvought

### What's happening

US national news · LIVE
**The murder trial of ex-cop Derek Chauvin continues**
Trending with #DerekChauvin, Genevieve Hansen

**#TakeTheLead**
Who inspires you?
📺 Promoted by STARZ #TakeTheLead

Trending in United States
**Michael Strahan**
Trending with April Fools

---

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

( Tweet )

**Tom Brooke IP La…** …
@Sec314Tom

**Messages**

Case 1:21-cv-00400-AJT-TCB of Document 2-6 Filed 04/06/21 Page 3 of 35 PageID# 338



**Publius Maximus** @MaximusPublius · Jan 26
Replying to @russvought @FDRLST and @amrestorecenter
I'm keen to learn how to get involved. I work in high tech, where using my real name on social media sadly means being forced to keep quiet about politics, or else. We absolutely need to restore the ideals, pragmatism and patriotism that made America America in the first place.

💬 1　　🔁 1　　♡ 8

Show replies

**Michelle** @BartonmMichelle · Jan 26
Replying to @russvought @RMConservative and 2 others
What can I do to help?

💬　　🔁　　♡

**Romina Boccia** @RominaBoccia · Jan 26
Replying to @russvought @jasonyaworske and 2 others
Godspeed!

💬　　🔁 1　　♡ 1

**Vance Ginn** @VanceGinn · Jan 26
Replying to @russvought @FDRLST and @amrestorecenter
Congrats! #letpeopleprosper

💬　　🔁　　♡ 2

**MSP** @Revolutionteach · Jan 27
Replying to @russvought @FDRLST and @amrestorecenter
Christians going all in on Trump. not great.

💬　　🔁　　♡

**Pete** @PeteSweetTweet · Jan 26
Replying to @russvought @FDRLST and @amrestorecenter
Just an organization being set up to chase #TheBigLie.

#SeditiousGOP

💬 1　　🔁　　♡ 2

Show replies

**Tracy Fisher** @TraceyF02379577 · Jan 27
Replying to @russvought @FDRLST and @amrestorecenter

🔍　Search Twitter

**COVID-19: News and updates for Washington, DC**

Show more

Terms of Service　Privacy Policy　Cookie Policy
Ads info　More···　© 2021 Twitter, Inc.

Messages

Case 1:21-cv-00400-AJT-TCB Document 2-6 Filed 04/06/21 Page 4 of 35 PageID# 339

We live in two separate Americas. One has decided A Erica is bad from its founding to its history.

the other celebrates God and American history as flawed but noble

i choose the Patriotic America as my home

💬    ⟲ 1    ♡ 3      ⬆

---

Show more replies

🐦

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

Tweet

Tom Brooke IP La…
@Sec314Tom

Search Twitter

**Messages**

3/30/2021    Russ Vought on Twitter: "I and please follow me at the latest of Document American Restoration Week, but you can also follow us @amrestorecenter for u...



🐦

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Search Twitter

Tom Brooke IP La...
@Sec314Tom

**Messages**



BREITBART

# BREITBART

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies

Case 1:21-cv-00400-AJT-TCB    Document 2-6   Filed 04/06/21   Page 7 of 35 PageID# 342



BREITBART

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



# BREITBART



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



# BREITBART



🎧 LISTEN TO STORY                                                    2:00

Former Office of Management and Budget (OMB) Director Russ Vought, who served under former President Donald Trump, joined SiriusXM's *Breitbart News Saturday* where he spoke about his efforts to launch pro-Trump organizations.

According to Vought, the Center for American Restoration, along with America Restoration Action, was established in an effort to promote the America first agenda that was prominent during Trump's time in office.



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

# BREITBART



*advertisement*

"We cannot go back on the idea of the America first agenda that [Trump] has been putting out there for the last four or five years, that Breitbart has put out there for many years," Vought told host Matthew Boyle. "We want to make sure that we're institutionalizing those ideas and make sure that as a movement we are moving forward with the implication of those policies."

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies



Cookie policy

"I think we have lost a consensus of what it means to be an American," Vought continued. "We're a unique country where we have certain interests worthy of defending that flow out of our people, our history, our institutions."

Vought also said it is important that "our freedoms are enjoyed in healthy communities with just laws" and for those who voted for Trump to have "a voice that is in line with their intuition."

"We wanna make sure [conservatives] have a voice in Washington that is reflective of what is most on their mind," Vought said, adding that "who sets the agenda is not always on top of their priorities."

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies

# BREITBART



Vought also discussed the many executive orders from President Joe Biden, claiming he is "gaslighting" the public.

"It's what we feared when he was running for president and it confirms that he is gaslighting the American people when he says he's pursuing a unifying agenda," Vought said.

Vought also questioned why funds are still being provided for schools when many remain closed amid the coronavirus pandemic.

To listen to Vought's full remarks with Breitbart News, click here.

***Follow Kyle on Twitter @RealKyleMorris and Facebook.***

## READ MORE STORIES ABOUT:

Politics, Radio, Breitbart News Saturday, Center for American Restoration, Donald Trump, Joe Biden, Russ Vought



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies

Former OMB Director Launches Pro-Trump Organizations



# BREITBART



### Hollywood Won't Touch These Actors with 10ft Pole

*Definition*



### These Kirkland Products Are Actually Big Brands in Disguise.

*Definition*



### Ranking the Scariest Films Ever Made 1-15

*UpbeatNews*



### Giant Animals That Actually Exist

*It's The Vibe*



### Terrifying Photographs Captured by Flying Drones

*Definition*



### Born Billionaires: the Cannon Family is Among the Richest in America

*Definition*

### The Most Miserable City in America is in Virginia

*Definition*



### Coaches Agree, He's the Worst Nfl Draft Bust

*YourBump*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies



# BREITBART



## Subway Photos for Brave Eyes, Virginia Takes the Cake

*Definition*

Comment count on this article reflects comments made on Breitbart.com and Facebook. Visit Breitbart's Facebook Page.

We welcome thoughtful responses and inputs. Comments with personally identifiable information, harassment, threats, or other violations will be removed.

Please let us know if you're having issues with commenting.

**Breitbart News Network Comment Policy**

Please read our Comment Policy before commenting.



**13 Comments**    **Breitbart News Network**    🔒 **Disqus' Privacy Policy**                         ● Sec314 ⌄

♡ **Recommend**   2          💬 Tweet        f Share                                Sort by Best ⌄

Join the discussion…

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

Former OMB Director Launches Pro-Trump Organizations

**BREITBART**

5 ∧ | ∨ • Reply • Share ›



**Mentemortaliatangunt** → Piano Lady • 2 months ago

Gab shares data with the FBI :)

∧ | ∨ • Reply • Share ›



**matsukan** → Mentemortaliatangunt • 2 months ago

So ? Then there is no any big some companies who does not share and forward their data to alphabetic organizations.

∧ | ∨ • Reply • Share ›



**Raptormann** • 2 months ago

....pop.....pop-pop-pop....... Pop....Pop.... pop-pop-pop..... **POP-POP-POP**....

What is that I hear approaching?

**IT IS THE SOUND OF THE LEFTIST ELITE HEADS POPPING!**

4 ∧ | ∨ 2 • Reply • Share ›



**catgirldreamer II** → Raptormann • 2 months ago

Yup, and the leftist leaders will not let the challenge get past them:
He and others, probably charges of insurrection and treason coming.

3 ∧ | ∨ • Reply • Share ›



**Mentemortaliatangunt** • 2 months ago

If Trump creates his new "patriot party" are you all going to join?

1 ∧ | ∨ • Reply • Share ›

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

BREITBART

who's your number 2 pick?

⌃ | ⌄ • 1 • Reply • Share ›



**Any Twosome Newsom** • 2 months ago

He may be on "THE list".

1 ⌃ | ⌄ • Reply • Share ›



**Mentemortaliatangunt** → Any Twosome Newsom • 2 months ago

which list?

⌃ | ⌄ • Reply • Share ›



**The Major** • 2 months ago

It can't be about Trump. That would be fascism.

⌃ | ⌄ • Reply • Share ›



**Ruth Gauthier** → The Major • 2 months ago

all the fascist are on the left hiding behind the antifa banner . which looks a like the fascist banner of the 30's it sad how many on the left are acting just like a nazi all the while accusing other of what they do.

⌃ | ⌄ • Reply • Share ›



**tom** • 2 months ago

Excellent !!!!!!

⌃ | ⌄ • Reply • Share ›

---

 ✉ Subscribe    ⚠ Do Not Sell My Data

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



BREITBART

### Laura Loomer Blacklisted from …

an hour ago • 5 comments

Republican politician and activist Laura Loomer, who ran for Congress in …

### Democrats dispute police report in …

2 hours ago • 2 comments

Allies of a Democratic lawmaker arrested last week during a protest of …

### Georgia Gov. Kemp Slams 'Ridiculous' …

2 hours ago • 67 comments

Georgia Gov. Brian Kemp (R) blasted calls from left-wing activists to boycott …

### Marc Elias Claims Republicans Want to …

2 hours ago • 65 comments

Marc Elias argued in a filing with the Committee on House Administration that …

### U.S. Home Price at Fastest Pace …

2 hours ago • 27 com

Home prices are up percent across the as more Americans

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



BREITBART

*advertisement*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



# BREITBART

 FEATURED

## Ranking the Scariest Films Ever Made 1-15

UpbeatNews

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



# BREITBART

## These Kirkland Products Are Actually Big Brands in Disguise.

Definition

## Wife Sent Husband A Photo Before Checking It

Poplively

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



BREITBART

## Terrifying Photographs Captured by Flying Drones

StandardNews

## Unreal Photos Taken Before Most Tragic Moments in History

Standard News

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

BREITBART

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies



**BREITBART**

of Biden 'Bring the Immigrant Children'

*1,832 comments*



23 Countries Join W.H.O. to Propose Worldwide 'Pandemic Treaty'

*146 comments*



Trump: Dr. Birx 'Proven Liar' and Dr. Fauci 'King of Flip-Flops'

*2,188 comments*



Joe Biden: States Should Pause Reopening, Reinstate Mask

*4,398 comments*



EXCLUSIVE: Migrant Deaths Jump 20 Percent This Year in Texas County

*330 comments*



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



# BREITBART

**Floyd Killing, America in Danger**

*2,456 comments*



**Kemp: Abrams Making Money Off Disinformation About Election Bill**

*3,037 comments*



**Supreme Court Rejects Efforts to Depose Hillary Clinton over Emails**

*11,945 comments*



**WH Defends Sending Teachers to Migrants While Public Schools**

*107 comments*



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies





By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

BREITBART



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies



**BREITBART**

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies

# BREITBART

advertisement

── **FROM THE HOMEPAGE** ──

Former CBP Chief:
Over 45K Border
Crossers Freed into
U.S. by Joe Biden

Former CBP Chief:
Over 45K Border
Crossers Freed into
U.S. by Joe Biden

378 *Comments*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Cookies Settings

Accept All Cookies



**BREITBART**

Person Schooling
Before American
Students

Teen Border
Crossers to Get In-
Person Schooling
Before American
Students

 *Comments*

![Jen Psaki Defends Sending San Diego Teachers to Migrants While Public Schools Are Closed]

Jen Psaki Defends
Sending San Diego
Teachers to Migrants
While Public Schools
Are Closed

 *Comments*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



BREITBART

'Ridiculous' Calls for
Boycotts over
Election Integrity
Law

Georgia Gov. Brian
Kemp Slams
'Ridiculous' Calls for
Boycotts over
Election Integrity
Law

 *Comments*

While Pushing to
Overturn Certified
Election, Democrat
Lawyer Claims
Republicans Want to
Disenfranchise

While Pushing to
Overturn Certified
Election, Democrat
Lawyer Claims
Republicans Want to
Disenfranchise
Voters

*Comments*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



BREITBART

Partisan Push to
Overturn House
Election

Another Democrat
Defects from Pelosi's
Partisan Push to
Overturn House
Election

 *Comments*

Survey: Plurality
of Voters Disagree
with Democrat
Attempts to Nuke
the Filibuster

Survey: Plurality of
Voters Disagree with
Democrat Attempts
to Nuke the
Filibuster

 *Comments*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



# BREITBART

Biden for Recurring
Stimulus Checks in
$2.25 Trillion
Transportation Bill

Top Democrat
Senators Ask Joe
Biden for Recurring
Stimulus Checks in
$2.25 Trillion
Transportation Bill

53 *Comments*

Report: Only $650
Billion of Joe Biden's
$2.25 Trillion
Infrastructure Bill
Funds Roads and
Bridges

Report: Only $650
Billion of Joe Biden's
$2.25 Trillion
Infrastructure Bill
Funds Roads and
Bridges

84 *Comments*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

Former OMB Director Launches Pro-Trump Organizations



**BREITBART**

Serving Less than 10
Years in Prison for
Murder

Illegal Alien
Deported After
Serving Less than 10
Years in Prison for
Murder

[35] *Comments*


Smugglers
Abandon
Unaccompanied
Migrant Children in
West Texas

Smugglers Abandon
Unaccompanied
Migrant Children in
West Texas

 [18] *Comments*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies



BREITBART

Screaming Match
After Tucker Carlson
Called a Conspiracy
Theorist

Watch: Fox News
Guests Have
Screaming Match
After Tucker Carlson
Called a Conspiracy
Theorist

 *Comments*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

BREITBART

**Advertise**          **Store**              Sitemap

**Wires**              **Get the App**

Copyright © 2021 Breitbart

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies