# EXHIBIT 7

7



**Mission Statement:**
To restore an American consensus of a nation under God with unique interests worthy of defending that flow from its people, institutions, and history, where individuals' enjoyment of freedom is predicated on just laws and healthy communities.



*Russ Vought*

**Stay Up To Date**

First name
_____

Last name
_____

Email:
_____

Phone:
_____

Message:
_____

Sign up

How To Lead The United States Into An American Spring

*To those asking where we go from here, there must be one conclusion from the right: The counter assault must be sustained. There is no going back. Learn more and read my latest op-ed by clicking above.*

More information coming soon. Sign up below to stay up to date with our progress.

More information coming soon. Sign up below to stay up to date with our progress.



www.AmericanRestorationCenter.com