IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Restoration Action, Inc.<br>1901 Butterfield Road, Suite 120<br>Downers Grove, Illinois 60515 | : <br> : <br> : <br> : <br> : | Civil Action No. 1:21-cv-00400 |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| Center for American Restoration, Inc.<br>America Restoration Action<br>Russell Vought,<br>912 South Quincy Street<br>Arlington, Virginia  22204 | : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Restoration Action, Inc., ("Plaintiff" or "Restoration Action"), by and through its undersigned counsel, brings this action against Defendants Russell Vought, America Restoration Action, and Center for American Restoration, Inc. ("Defendants") pursuant to Fed. R. Civ. P. 65(b) of the Federal Rules of Civil Procedure, and respectfully moves this Court for a Preliminary Injunction Order enjoining and restraining Defendants, and any related organizations or companies (including parents, officers, directors, agents, owners, employees, representatives, and attorneys and all others acting under, or in concert with, any of them), from: (a) using the name "Restoration" or any of Plaintiff's names or marks as an imitation thereof in connection with Defendants' services; (b) using Plaintiff's names or marks or any variations in connection with promotion of its services; (c) using the domain name "https://www.americanrestorationcenter.com" or any domain name that includes the word "Restoration"; (d) unfairly competing with Restoration Action, Inc. in any manner whatsoever.

The reasons and basis for this Motion, and the order sought by Plaintiff, are set forth in Plaintiff's Memorandum in support of this Motion, filed herewith.

WHEREFORE, Plaintiff prays that this Court grant its Motion for Preliminary Injunction.

Respectfully submitted,

RESTORATION ACTION, INC.

/s/ Thomas W. Brooke
Thomas W. Brooke
Virginia Bar No. 32388
**HOLLAND & KNIGHT LLP**
800 17th Street, NW
Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7271
Facsimile: (202) 955-5564
E-mail: thomas.brooke@hklaw.com

*Attorneys for Plaintiff*
*Restoration Action, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2021, a true and correct copy of the foregoing was served, by email and first class mail, postage prepaid, on the following:

>Kimberly K. Dodd
>Foley & Lardner, LLP
>777 East Wisconsin Avenue
>Milwaukee, MI 53202-5306

>/s/ Thomas W. Brooke
>Thomas W. Brooke
>Virginia Bar No. 32388
>**HOLLAND & KNIGHT LLP**
>800 17th Street, NW
>Suite 1100
>Washington, D.C. 20006
>Telephone:  (202) 663-7271
>Facsimile:  (202) 955-5564
>E-mail:  thomas.brooke@hklaw.com
>*Attorneys for Plaintiff*
>*Restoration Action, Inc.*