UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA

| | | |
|---|---|---|
| Restoration Action, Inc.<br>1901 Butterfield Road, Suite 120<br>Downers Grove, Illinois 60515<br><br>Plaintiff,<br><br>v.<br><br>Center for American Restoration, Inc.<br>American Restoration Action, Inc.<br>Russell Vought<br>912 South Quincy Street<br>Arlington, Virginia 22204<br><br>Defendants. | : | Civil Action No. 1:21-cv-00400 |

**MOTION TO WITHDRAW WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Restoration Action, Inc., ("Plaintiff" or "Restoration Action"), by and through its undersigned counsel, respectfully moves this Court to withdraw its Motion for Preliminary Injunction without prejudice and Notice of Hearing that sets the motion hearing for Friday, April 30, 2021.

Plaintiff respectfully notifies the Court that the parties entered into a Settlement Agreement in this matter. For these reasons, Plaintiff respectfully requests that the Court allow Plaintiff to withdraw its motion for preliminary injunction without prejudice in the above captioned proceeding.

Dated: April 21, 2021

Respectfully submitted,

RESTORATION ACTION, INC.

/s/ Thomas W. Brooke
Thomas W. Brooke

Virginia Bar No. 32388
**HOLLAND & KNIGHT LLP**
800 17th Street, NW
Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7271
Facsimile: (202) 955-5564
E-mail: thomas.brooke@hklaw.com

*Attorneys for Plaintiff
Restoration Action, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2021, a true and correct copy of the foregoing was served, by email and first class mail, postage prepaid, on the following:

Kimberly K. Dodd
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, MI 53202-5306

/s/ Thomas W. Brooke
Thomas W. Brooke
Virginia Bar No. 32388
**HOLLAND & KNIGHT LLP**
800 17th Street, NW
Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7271
Facsimile: (202) 955-5564
E-mail: thomas.brooke@hklaw.com
*Attorneys for Plaintiff*
*Restoration Action, Inc.*