UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA

| | |
|---|---|
| Restoration Action, Inc.<br>1901 Butterfield Road, Suite 120<br>Downers Grove, Illinois 60515<br><br>Plaintiff,<br><br>v.<br><br>Center for American Restoration, Inc.<br>American Restoration Action, Inc.<br>Russell Vought<br>912 South Quincy Street<br>Arlington, Virginia 22204<br><br>Defendants. | :<br>:<br>:<br>:  Civil Action No. 1:21-cv-00400<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Restoration Action, Inc., ("Plaintiff" or "Restoration Action"), by and through its undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby gives Notice of Voluntary Dismissal With Prejudice in this matter. Plaintiff respectfully notifies the Court the parties have finalized and executed a Settlement Agreement. All parties shall bear their own attorney's fees and costs.

Dated: April 22, 2021

So ordered

/s/ Anthony J. Trenga   April 22, 2021
United States District Judge

Respectfully submitted,

RESTORATION ACTION, INC.

*Isl* Thomas W. Brooke
Thomas W. Brooke
Virginia Bar No. 32388
**HOLLAND & KNIGHT LLP**
800 17th Street, NW
Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7271